# EXHIBIT A

# LUNDY & DAVIS, L.L.P.
ATTORNEYS AT LAW

Lake Charles, Louisiana

HUNTER W. LUNDY
ATTORNEY AT LAW
hlundy@lundydavis.com

501 BROAD STREET
P.O. BOX 3010
LAKE CHARLES, LA 70602
(337) 439-0707
FACSIMILE (337) 439-1029
www.lundydavis.com

Jackson, Mississippi

Fayetteville, Arkansas

June 20, 2008

**VIA FACSIMILE (213) 439-9599**
**and U.S. MAIL**

Mr. Jason Levin
Mr. Lawrence P. Riff
Steptoe and Johnson, L.L.P.
633 West Fifth Street, Suite 700
Los Angeles, CA 90071

Re: **Baker v. Chevron**

Gentlemen:

In response to your correspondence of June 18, 2008, the following is attached:

Nick Cheremisinoff Fee Schedule
Nick Cheremisinoff Signature Page

James Dahlgren Fee Schedule
James Dahlgren Signature Page
James Dahlgren CV
James Dahlgren Testimony of past 4 years
James Dahlgren All publications authored of past 10 years

Steve Cole Fee Schedule
Steve Cole Signature Page

Paul Rosenfeld Fee Schedule
Paul Rosenfeld Signature Page

Levin/Riff  Page Two
June 20, 2008

If you should have any questions or need additional information, please feel free to call.

Sincerely,

LUNDY & DAVIS, L.L.P.

By: _____
HUNTER W. LUNDY

HWL/hf
cc:  Christopher J. Hickey, Esq.
     Mary Brigid Sweeney, Esq.
     Linda Lagunzad, Esq.

# LUNDY & DAVIS, L.L.P.
ATTORNEYS AT LAW

| | | |
|---|---|---|
| Lake Charles, Louisiana<br><br>Houston, Texas<br><br>**HUNTER W. LUNDY**<br>ATTORNEY AT LAW<br>hlundy@lundydavis.com | 501 BROAD STREET<br>P.O. BOX 3010<br>**LAKE CHARLES, LA 70602**<br>(337) 439-0707<br>FACSIMILE (337) 439-1029<br>www.lundydavis.com | Jackson, Mississippi<br><br>Fayetteville, Arkansas |

## FAX COVER PAGE
### June 20, 2008

| | | | |
|---|---|---|---|
| TO: | Jason Levin | Facsimile No.: | 213.439.9599 |
| | Lawrence P. Riff | | 213.439.9599 |
| | Christopher J. Hickey | | 216.241.1873 |
| | Mary Brigid Sweeney | | 216.241.1873 |
| FROM: | Hunter W. Lundy | Pages Including Cover: | 24 |
| RE: | Baker v. Chevron | File No.: | 1314 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONFIDENTIALITY NOTICE

The accompanying facsimile is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information which is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL US AT (337) 439-0707

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 06/20/2008 03:58
                                    NAME  : LUNDY & DAVIS, LLP
                                    FAX   : 3374391029
                                    TEL   : 3374390707
                                    SER.# : BROL3J864713
```

```
DATE,TIME           06/20  03:50
FAX NO./NAME        12134399599--1314
DURATION            00:07:28
PAGE(S)             24
RESULT              OK
MODE                STANDARD
```

# LUNDY & DAVIS, L.L.P.
### ATTORNEYS AT LAW

Lake Charles, Louisiana

Houston, Texas

**HUNTER W. LUNDY**
ATTORNEY AT LAW
hlundy@lundydavis.com

501 BROAD STREET
P.O. BOX 3010
LAKE CHARLES, LA 70602
(337) 439-0707
FACSIMILE (337) 439-1029
www.lundydavis.com

Jackson, Mississippi

Fayetteville, Arkansas

## FAX COVER PAGE
### June 20, 2008

| | | | |
|---|---|---|---|
| TO: | Jason Levin | Facsimile No.: | 213.439.9599 |
| | Lawrence P. Riff | | 213.439.9599 |
| | Christopher J. Hickey | | 216.241.1873 |
| | Mary Brigid Sweeney | | 216.241.1873 |
| FROM: | Hunter W. Lundy | Pages Including Cover: | 24 |
| RE: | Baker v. Chevron | File No.: | 1314 |

************************************************************************

### CONFIDENTIALITY NOTICE

The accompanying facsimile is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information which is confidential and privileged. Delivery, distribution or

```
                    TRANSMISSION VERIFICATION REPORT

                                          TIME   : 06/20/2008 03:45
                                          NAME   : LUNDY & DAVIS, LLP
                                          FAX    : 3374391029
                                          TEL    : 3374390707
                                          SER. # : BROL3J864713


    DATE,TIME            06/20  03:39
    FAX NO./NAME         12162411873--0101
    DURATION             00:05:04
    PAGE(S)              24
    RESULT               OK
    MODE                 STANDARD
                         ECM
```

# LUNDY & DAVIS, L.L.P.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| Lake Charles, Louisiana | 501 BROAD STREET<br>P.O. BOX 3010<br>**LAKE CHARLES, LA 70602**<br>(337) 439-0707<br>FACSIMILE (337) 439-1029<br>www.lundydavis.com | Jackson, Mississippi |
| Houston, Texas | | Fayetteville, Arkansas |
| **HUNTER W. LUNDY**<br>ATTORNEY AT LAW<br>hlundy@lundydavis.com | | |

## FAX COVER PAGE
### June 20, 2008

| TO: | Jason Levin | Facsimile No.: | 213.439.9599 |
|---|---|---|---|
| | Lawrence P. Riff | | 213.439.9599 |
| | Christopher J. Hickey | | 216.241.1873 |
| | Mary Brigid Sweeney | | 216.241.1873 |
| FROM: | Hunter W. Lundy | Pages Including Cover: | 24 |
| RE: | Baker v. Chevron | File No.: | 1314 |

*************************************************************************

### CONFIDENTIALITY NOTICE

The accompanying facsimile is intended solely for the use of the recipient designated above. Document(s)