# James G. Dahlgren, M.D.

*Diplomate of the American Board of Internal Medicine*
*Occupational and Environmental Medicine; Toxicology; Disability Management*
*2811 Wilshire Boulevard, Suite 510, Santa Monica, California 90403*
*Phone: 310-449-5525  Fax: 310-449-5526  email: dahlgren@envirotoxicology.com*

| | |
|---|---|
| Name: | Carol Lipscomb |
| ID Number: | 16079 |
| Date of Birth: | 10/06/1939 |
| Date of Examination: | 04/14/2008 |
| Date of Report: | 05/14/2008 |
| Date of Supplemental Report: | 07/02/2008 |

I examined Carol Lipscomb on April 14, 2008. I prepared a report dated 05/14/08. In that report, I state the following,

*"Multiple myeloma is a leukemia of the plasma cells. She has evidence of a lytic bone lesion and she is going to go under therapy in the near future. She has had an indolent Multiple Myeloma up until now but it is, nevertheless, serious and requires careful care. It can sometimes be fatal. Multiple myeloma has been linked to benzene and PAH's. This plant put out PAH's which are polycyclic aromatic hydrocarbons. There is also evidence in her family of others that have gotten illnesses that are typical of the type of contamination coming from the refinery. I have attached a review of the toxicity that has been reported for benzene and PAHs."*

It is my opinion based on the information made available to me at the time of preparation that this woman's multiple myeloma was caused by her exposure to benzene and PAH's. I hold this opinion to a reasonable degree of medical probability. I reserve the right to modify my opinion as additional information becomes available.

Sincerely,

*James Dahlgren*

James Dahlgren, MD
Assistant Clinical Professor of Medicine
University of California, Los Angeles

**EXHIBIT 5**