# James G. Dahlgren, M.D.

*Diplomate of the American Board of Internal Medicine*
*Occupational and Environmental Medicine; Toxicology; Disability Management*
*2811 Wilshire Boulevard, Suite 510, Santa Monica, California 90403*
*Phone: 310-449-5525  Fax: 310-449-5526  email: dahlgren@envirotoxicology.com*

| | |
|---|---|
| Name: | Runck, Jean |
| ID Number: | 16080 |
| Date of Birth: | 12/15/1932 |
| Date of Examination: | 04/14/08 |
| Date of Report: | 05/14/2008 |
| Date of Supplemental Report: | 07/02/2008 |

I examined Jean Runck on April 14, 2008. I prepared a report dated 05/14/08. In that report, I state the following,

*"The patient's monoclonal gammopathy which is typical of benzene toxicity and is probably a premalignant condition as note above by her doctors.*

*The patient has been chronically fatigued and ill for many years with multiple symptoms involving multiple organs going back to childhood. Her multi system disease is not explained by fibromyalgia, especially realizing that she had fatigue and decreased exercise capacity, decreased mental capacity and gastrointestinal disturbance going back to her childhood when she was living near the refinery. Her lightheadedness and true vertigo from time to time are entirely consistent with chronic exposure to organic solvents, as is her generalized state of poor health. This patient is likely to experience malignant degeneration in the near future and needs careful monitoring as is being done by her doctors.*

*The patient's multiple system illness required multiple surgeries for real and possible diagnoses. I do not have her records going all the way back to her youth but it does appear that the patient has had an inordinate amount of medical care."*

It is my opinion based on the information made available to me at the time of preparation that this woman's monoclonal gammopathy and multi system disease was caused by her exposure to benzene. I hold this opinion to a reasonable degree of medical probability. I reserve the right to modify my opinion as additional information becomes available.

Sincerely,

*[signature]*

James Dahlgren, MD
Assistant Clinical Professor of Medicine
University of California, Los Angeles

**EXHIBIT 6**