# James G. Dahlgren, M.D.

*Diplomate of the American Board of Internal Medicine*
*Occupational and Environmental Medicine; Toxicology; Disability Management*
*2811 Wilshire Boulevard, Suite 510, Santa Monica, California 90403*
*Phone: 310-449-5525  Fax: 310-449-5526  email: dahlgren@envirotoxicology.com*

| | |
|---|---|
| Name: | Michelle Schrader |
| ID Number: | 16081 |
| Date of Birth: | 09/03/1962 |
| Date of Examination: | 04/14/2008 |
| Date of Report: | 05/14/2008 |
| Date of Supplemental Report: | 07/02/2008 |

I examined Michelle Schrader on April 14, 2008. I prepared a report dated 05/14/08. In that report, I state the following,

*"Acute myelogenous leukemia is caused by benzene. Exposure to benzene is known to cause this particular type of cancer. The only other cause is radiation which is not a factor in this case.*

*Studies of benzene exposure and leukemia do not show a threshold. That means that to dater there is no study which has studied benzene and determined level which does not increase the risk. The American Petroleum Institute published a report in 1948 which said there is no safe level of exposure. The only absolutely safe level is zero, they said. Subsequent studies have confirmed this finding. Ms. Schrader was exposed to benzene above the background level and that exposure occurred because of her residence in the vicinity near the Hooven refinery. There is no other reason she would have developed this devastating disease."*

It is my opinion based on the information made available to me at the time of preparation that this woman's leukemia was caused by her exposure to benzene. I hold this opinion to a reasonable degree of medical probability. I reserve the right to modify my opinion as additional information becomes available.

Sincerely,

James G. Dahlgren, M.D.
Assistant Clinical Professor, UCLA School of Medicine

**EXHIBIT 7**