# James G. Dahlgren, M.D.

*Diplomate of the American Board of Internal Medicine*
*Occupational and Environmental Medicine; Toxicology; Disability Management*
*2811 Wilshire Boulevard, Suite 510, Santa Monica, California 90403*
*Phone: 310-449-5525  Fax: 310-449-5526  email: dahlgren@envirotoxicology.com*

| | |
|---|---|
| Name: | Mary Etta Brown Greener |
| ID Number: | 16078 |
| Date of Birth: | 01/05/1952 |
| Date of Examination: | 04/14/2008 |
| Date of Report: | 05/14/2008 |
| Date of Suppplemental Report: | 07/02/2008 |

I examined Mary Greener on April 14, 2008. I prepared a report dated 05/14/08. In that report, I state the following,

"*Mary Etta Greener Brown has been exposed to the chemicals from the refinery in utero and during her infancy and childhood up to age 19 and then had intermittent exposures since. At a young age in 1972 at age 20, she developed Hodgkin's disease which is a well known complication of exposure to benzene (see appendix). She then developed breast cancer and histoplasmosis. These and her other health problems are probably a consequence of the treatment that she received for the Hodgkin's disease causing bilateral breast cancer plus her exposure to benzene, PAHs and hydrocarbons. The patient is unable to function in any capacity and is totally disabled due to multi-organ dysfunction as a consequence of her toxic exposures and multiple cancers. She will require extensive future medical care and is at risk for additional cancers.*"

It is my opinion based on the information made available to me at the time of preparation that this woman's Hodgkin's disease was caused by her exposure to benzene. I hold this opinion to a reasonable degree of medical probability. I reserve the right to modify my opinion as additional information becomes available.

Sincerely,

*[signature: James Dahlgren]*

James Dahlgren, MD
Assistant Clinical Professor of Medicine
University of California, Los Angeles

**EXHIBIT 8**