# EXHIBIT 1

# DEPOSITION

# DR. JAMES DAHLGREN

# PART 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| CAROLYN BAKER, et al<br>Plaintiffs,<br>vs.<br>CHEVRON USA INC., et al<br>Defendants. | Case No.:<br>1:05 CV 227 |

Deposition of JAMES DAHLGREN, M.D., taken on behalf of Defendant CHEVRON USA, INC., at 2811 Wilshire Boulevard, Suite 510, Santa Monica, California, beginning at 8:40 a.m., Tuesday, July 15, 2008, before Cila Meyer, No. 4914, a Certified Shorthand Reporter.

APPEARANCES OF COUNSEL:

For the Plaintiffs:

HUNTER W. LUNDY, ESQ.
LUNDY & DAVIS, L.L.P.
501 Broad Street
Lake Charles, Louisiana 70601
(337) 439-0707
hlundy@lundydavis.com

- and -

MARY BRIGID SWEENEY, ATTORNEY AT LAW
BRENT COON & ASSOCIATES
1220 West Sixth Street
Suite 303
Cleveland, Ohio 44113
(216) 241-1872
marybrigid@bcoonlaw.com

For the Defendant CHEVRON USA, INC.:

LAWRENCE P. RIFF, ESQ.
STEPTOE & JOHNSON LLP
633 West Fifth Street
Suite 700
Los Angeles, California 90071
(213) 439-9494
lriff@steptoe.com



INDEX

WITNESS
JAMES DAHLGREN, M.D.


| EXAMINATION BY: | PAGE: |
|---|---|
| BY MR. RIFF | 7,162 |
| BY MS. SWEENEY | 149 |


EXHIBITS
(14 exhibits offered)


| Defendant CHEVRON USA, INC.'s | PAGE: |
|---|---|
| 1 Medical report related to Mary Etta Brown Greener on the letterhead of James G. Dahlgren, M.D., date of report: 5/14/2008; 117 pages | 9 |
| 2 Supplementa medical report related to Mary Etta Brown Greener on the letterhead of James G. Dahlgren, M.D., date of supplemental report: 7/2/2008; one page | 9 |
| 3 Medical report related to Carol Lipscomb on the letterhead of James G. Dahlgren, M.D., date of report: 5/14/2008; 208 pages | 9 |
| 4 Supplemental medical report related to Carol Lipscomg on the letterhead of James G. Dahlgren, M.D., date of supplemental report: 7/2/2008; one page | 9 |
| 5 Medical report related to Jean Runck on the letterhead of James G. Dahlgren, M.D., date of report: 5/14/2008; 124 pages | 9 |




INDEX (continued)
EXHIBITS
(14 exhibits offered)


| Defendant CHEVRON USA, INC.'s | PAGE: |
|---|---|
| 6 Supplemental medical report related to Jean Runck on the letterhead of James G. Dahlgren, M.D., date of supplemental report: 7/2/2008; one page | 9 |
| 7 Medical report related to Michelle Schrader on the letterhead of James G. Dahlgren, M.D., date of report: 5/14/2008; 125 pages | 9 |
| 8 Supplemental medical report related to Michelle Schrader on the letterhead of James G. Dahlgren, M.D., date of supplemental report: 7/2/2008; one page | 9 |
| 9 Document headed, "Benzene Dose-Response Relationships," dated 2001; two pages | 103 |
| **Plaintiffs'** | |
| 10 Document entitled, "The Threshold Toxicity of Gasoline Vapor; eight pages | 156 |
| 11 Document entitled, "Benzene Exposure and Risk of Non-Hodgkin Lymphoma," authored by Martyn T. Smith, et al.; seven pages | 158 |
| 12 Document on the letterhead of Elsevier headed, "Use of 'Omic' technologies to study humans exposed to benzene"; five pages | 158 |
| 13 Document headed, "API Toxicological Review Benzene," dated September 1948; six pages | 158 |
| 14 Document headed, "Cancer Incidence Among Residents of Hooven, Ohio," Ohio Department of Health; one page | 161 |




INDEX (continued)

INSTRUCTION NOT TO ANSWER
(None)

INFORMATION TO BE SUPPLIED
(None)

SANTA MONICA, CALIFORNIA, TUESDAY, JULY 15, 2008
8:40 A.M.
-oOo-

(The oath was administered to the deponent, JAMES DAHLGREN, M.D., as follows:)

THE DEPOSITION OFFICER: Do you solemnly swear that the testimony you will give shall be the truth, the whole truth, and nothing but the truth, so help you God?
DR. DAHLGREN: I do.

EXAMINATION

BY MR. RIFF:
Q Tell us your name, please.
A James Dahlgren.
Q Good morning, Dr. Dahlgren. Larry Riff here. I represent the defendants. We're going to take your deposition in this case. I have a check for you that is right here. I show it to you. When we're done, I'll fill it out, and sign it, and give it to you.
A Okay. That's fine.
Q Remind me what your fee for time spent in deposition with me is, please.
A 950 per hour.



Q Okay. No problem.
MR. LUNDY: What is the check for?
MR. RIFF: In what sense?
THE DEPONENT: It's blank. He's going to fill it out at the end he said.
MR. RIFF: The check is to pay the expert for his time spent in deposition. It's presently blank, but I will fill it out and pay him for his time.
MR. LUNDY: All right.
MR. RIFF: Off the record for a second.
(Discussion held off the record)
BY MR. RIFF:
Q All right. So in this deposition we're going to be talking about opinions you have reached relative to four plaintiffs. Let's see how best to do this. Let's start by marking some exhibits. We'll do it in alphabetical order.
So first exhibit I'm going to mark is Exhibit 1, a report dated May 14, 2008 related to Mary Etta Brown Greener.
And that has Exhibit 2, a one-page report, supplemental report dated July 2, 2008 related to Mary Etta Brown Greener.
We'll mark as Exhibit 3 the May 14, 2008 report related to Carol Lipscomb.



And Exhibit 4, the one-page supplemental report, July 2 related to Carol Lipscomb.
Exhibit 5 will be the May 14, 2008 report related to Jean Runck.
And Exhibit 6, the one-page supplemental report of July 2, 2008 related to Jean Runck.
Exhibit 7 will be the report of May 14, 2008 related to Michelle Schrader.
And Exhibit 8 will be the one-page supplemental report of July 2, 2008 related to Michelle Schrader.
(Defendant CHEVRON USA, INC.'s Exhibits 1 - 8 were marked for identification by the Certified Shorthand Reporter and are bound separately)
BY MR. RIFF:
Q Now, this is a little tedious, Doctor, I know. But we do this once, and we never have to worry about it again. Would you take a moment, look at Exhibits 1 through 8 and just confirm for us they are your reports and supplemental reports, please. We'll just put them in front of you. Thank you.
(Pause in proceedings)
THE DEPONENT: As far as I can tell, without looking at every page, those are my reports on the four



plaintiffs.
BY MR. RIFF:
Q Okay. Fair enough. If there's a copying error or something we'll correct it later, but you've answered my question in the spirit in which I asked it.
Okay. I'm going to ask you some questions about Mary Etta Greener Brown. If you have your own copies of your reports, it might be convenient for you to get them. Ready?
A Yes.
MR. RIFF: Okay. Off the record for a second, please.
(Discussion held off the record)
MR. RIFF: Back on the record.
Q With respect to this particular plaintiff, I am going to refer to her as Mary Etta Greener Brown or Ms. Brown, and it's possible I have those two last names reversed in order. If so, I hope she'll forgive me. But I'm going to call her Mary Etta Greener Brown.
MS. SWEENEY: If I may, just to clarify just so that there's no confusion, there is a Mary Brown, another Mary Brown. So if you can at the very least call her Mary Etta. There's a Mary Evelyn Brown as well in this case.
MR. RIFF: Thank you.

Page 11

Q Dr. Dahlgren, did you calculate Mary Etta Brown's cumulative exposure to benzene in the metric of part per million years?
A No. That was done by Dr. Rosenfeld.
Q Did you check Mary -- withdrawn.
Did you check Dr. Rosenfeld's -- withdrawn.
Did you evaluate Dr. Rosenfeld's cumulative dose calculations relative to Mary Etta Brown or, on the other hand, did you simply accept them as given to you?
A I accepted them as given to me.
Q Okay. That would apply to the other three plaintiffs as well for this trial?
A Yes.
Q Did you accept Dr. Rosenfeld's dose and exposure assessments relative to these four plaintiffs relative to PAHs as opposed to calculating them for yourself?
A Yes. As you -- well, it is not my practice to do dose reconstruction. That's something that I would leave to others. But I would comment that my opinion about their exposure is based not only on what he calculated, but on the information I received from the plaintiff and my knowledge about the town of Hooven, where they lived and Cleves, where they lived, and the literature on this similarly situated people, and the

Page 12

risks that they run for developing various diseases. So there's a host of issues that have to do with my estimate of what their exposures were and what they were like in magnitude and qualitatively rather than quantitatively assessed; for example, odor and symptoms that they described as they were growing up would give me an indication of, approximate indication of the range of the chemicals that they were being exexposed to. That would play a role as well.
So it wasn't -- I think those metrics that Dr. Rosenfeld came up with probably greatly underestimate both PAH and benzene exposure. But it's the best that he could do with the data that was made available to him through Dr. Chereminisoff and also made available to Dr. Chereminisoff by the records that were kept by the company. So a lot of this is I think subject to the criticism that it would greatly underestimate the real dose that these people were exposed to.
Q Have you had the opportunity yet to review any of the defendants' expert reports?
A I received them yesterday. I have looked over some of them. I looked at Dr. Machado's report relative to the question of exposure, for example. I believe he's a doctor -- correct me if he's not -- but

Page 13

industrial hygienist-type guy. Anyhow the Machado report where he made some estimates of dose which I found to be totally unbelievable because they were -- he was estimating that living in Hooven, next to that refinery would have exposed them to less benzene and less chemical than we are experiencing sitting in this room, way below a part per billion. So I just don't see how that's possible, just to comment on that one report.
Q Okay. Frankly, it's probably not fair of me to try to depose you today on reports you've just received yesterday. To the extent you elect to comment on those reports today, I'm fine with that. To the extent you will have criticisms in the future, based on a better review of them, I think we'll work out some method of obtaining those opinions in the future. Now that said -- withdrawn.
Have you formed an opinion, to a reasonable degree of scientific probability, as to Mary Etta Brown's cumulative exposure to benzene from all sources in her life expressed in the metric part per million years?
A No. I have not done that calculation.
Q Is the same true for the other three plaintiffs, that you have not done that calculation and have not formed an opinion on that question?

Page 14

A Well, I formed an opinion on the question as to the qualitative ranges that they've been exposed to; not so much in ppm years, but in terms of the parts per billion that they were likely exposed to at different times while they were living near the refinery based on symptoms, based on odor, and based on the measurements that have been taken by various researchers in other settings.
So I certainly have an opinion about the fact that they've been exposed to levels that are well above the public values in the literature to create the adverse effect that we've seen here. And, you know, turning that into a ppm years, I think, you know, Dr. Rosenfeld did do that to the best of his ability. But as I've said, I believe that number is most likely quite low. So I would consider it to be a rock bottom minimum. But I don't consider it to be -- likely to be the true figure.
Q I hear you. Let me ask a precise question, however, with respect to Carol Lipscomb. Have you formed an opinion, to a reasonable degree of scientific probability, as to her cumulative dose of benzene from all sources expressed in a part per million year metric?
A No.
Q Have you done so for Jean Runck?

Page 15

A No.
Q Have you done so for Michelle Schrader?
A No.
Q Mary Etta Brown you report developed Hodgkin's disease; correct?
A Yes.
Q Have you seen any medical records documenting contemporaneous with that diagnosis -- withdrawn.
Have you seen any medical records from any treating physician contemporaneously documenting either the diagnosis or treatment of her Hodgkin's disease?
A I don't believe that there are any records made available to me from that time, back in 1972, I guess just because they weren't available. The earliest record I think I reviewed here, looking at my notes, is '97. And all the doctors record the Hodgkin's disease having occurred 25 years prior. But the records of that care were not made available to me.
Q Is it your understanding that every medical record you've seen which record that Mary Etta Brown had Hodgkin's disease is based on Mary Etta Brown's statement to the physician that she had Hodgkin's disease?
A I don't know. I have to go back and see if there were any doctors that actually say they saw some

Page 16

medical records. I didn't record that piece of information in my review.
Q Okay. Please bear with me. Do you have any information as to what type of Hodgkin lymphoma Mary Etta Brown had?
A No. There's no information about any subtyping. It probably wasn't even being done in '82.
Q Do you agree that there are two major types of Hodgkin's lymphoma, namely so-called classical Hodgkin's lymphoma and nodular lymphocyte predominant Hodgkin lymphoma?
A I don't have that in my memory bank as to whether that's the only two subtypes of Hodgkin's disease that there are.
Q I'd asked if those are the two major types as you understand it?
A No. I don't recall.
I misspoke a minute ago. I said "'82." I think her diagnosis was in '72.
Q Do you have an opinion, to a reasonable degree of medical probability, as to what proportion of Hodgkin's disease in humans is etiopathic in 2008?
A Well, it's probably the majority are labeled as etiopathic. One of the things I've noticed about the doctors that practice in the field of cancer is that

Page 17

they're not particularly interested in causation, so they don't ask questions.
There was one paper done back in the '60s that I recall where they went to one of major cancer hospitals -- some people were interested in environmental and occupational cause of cancer -- and they interviewed AML patients. They found that in about 60 percent, if I remember correctly, were at some significant benzene exposure. But that wasn't in their medical records, and their treating doctors were not aware of it, nor had they asked any questions that would have probed and asked for that, even though the majority of time the condition is not identified as to whether there's a cause or not.
Oncologists don't care what the cause is because they're only interested in treating. If you interview oncologists, you understand that the overwhelming majority of them are not aware of the literature on what causes cancer. That's not their area of expertise. Their area of expertise is treatment of cancer.
Q Do you have an opinion, to a reasonable degree of scientific -- do you have an opinion, to a reasonable degree of medical probability, whether Mary Etta Brown was cured of her Hodgkin's disease?

Page 18

A Yes. She was by definition. It hasn't come back and it's been, gosh, 35 years. So it's -- 38 -- 36 years. So she would be considered a cure. Actually, most Hodgkin's disease is cured and has been ever since, I guess, the '60s. The problem is that a very high percentage of people are cured of Hodgkin's because they're treated with chemotherapy and radiation, and they have a very high rate of second primary such as she had.
Q Do you have an opinion, to a reasonable degree of medical probability, whether Mary Etta Brown had any risk factors for the development of Hodgkin's disease apart from whatever environmental exposure she had from the refinery?
A No. I mean, there are a few things that have been identified as possibly increasing the risk for Hodgkin's disease in 20-year-olds. One of them is high socioeconomic status, and she certainly didn't fall into that category. One of the others is a lack of infections as a child, and she certainly didn't fall into that category. I'm trying to remember. There's a viral theory about Hodgkin's disease, but it has never really been substantiated. So I don't think that we need to discuss that.
Most of the time Hodgkin's disease is treated





faf8f9c7-4323-4aea-b387-72b624dfff94

and not identified as to risk factors. The literature I think is strongest on benzene as a cause for Hodgkin's disease. I think that's probably the only chemical that has been linked to it, although solvents, organic solvents in general are suggestoid as being a risk factor for developing lymphoma, including Hodgkin's lymphoma.

Q In your opinion, to a reasonable degree of medical probability, are PAHs established as a cause of Hodgkin's disease in humans?

A No. But PAHs are important in a case like this because they stimulate the enzymes in the body that metabolize benzene to its toxic, most toxic intermediate, namely benzene epoxide. The cytochrome 450 system is stimulated by PAHs. So there's a likely enhancing effect of PAH exposure, if it's accompanied by benzene exposure, because you'd increase the likelihood and the formation of these epoxides which benzene epoxide reacts with DNA and treats adducts which are thought to be one of the elements that causes the cancers associated with benzene exposure.

Q What peer reviewed literature would you cite for the proposition that PAHs enhance the metabolism or increase the metabolism of benzene in humans?

A Well, it's pretty much commented on in many,



many tracts on the issue of mixtures. I'd have to say that I can't recall from memory any particular citations, but I could supply them after this deposition is over.

MR. LUNDY: On a break we'll pull them up.

THE DEPONENT: I'll try to find some references at the break.

BY MR. RIFF:

Q In your report which is Exhibit 3, which is the Carol Lipscomb report you have an appendix on PAH toxicity. Is the phenomenon you just described, the enhanced metabolism of benzene in humans from coextensive PAH exposure covered in that appendix?

A I didn't reread it recently. I don't know for sure if I made that point there or not. I probably did, but I'd have to check and see.

Q It's either there or it isn't?

A It's either there or it isn't; that's right.

Q Fair enough. Do you have an opinion, to a reasonable degree of scientific probability, whether Mary Etta Brown would have contracted Hodgkin's disease in the absence of a concurrent PAH exposure?

A No. I don't have an opinion about that because there's really not a way of making that assumption. Many of the people who have contracted Hodgkin's disease



associated with organic solvents or benzene exposure have not had concomitant PAH exposure. So it is a possibility, but I don't think there's a way of saying that the PAHs were critical for the formation. I think that my opinion would be that on a theoretical basis it would increase the risk. But I don't know that that has actually ever been studied so that we could say that the combination is worse than the individual chemicals alone. I mean, I think I did have a section, I believe, in this write-up -- if I didn't, I should have -- about mixtures and how little data we have on mixtures. But everyone agrees that exposures to mixtures is probably what we need to do in order to fully understand the risks associated with various exposures such as, for example, living next to an oil refinery, because you don't get exposed to a pure compound. You get exposed to a mixture, and the effect of the mixture is likely to be different than you would predict from looking at the individual components alone. That's why I believe some of the studies that I have quoted for you in this write-up talk about community exposures where they're exposed to various mixtures and how that seems to have an impact that is probably greater than you would expect from the animal studies of an individual chemical alone, which is why sometimes the calculated risks for the rate



of cancer, for example, are probably incorrect when they're extrapolated from single exposures of animals, exposures to a single compound and then trying to estimate what the risk of cancer for humans exposed to a mixture that includes that compound.

Q For purposes of this case, in your opinion, to a reasonable degree of medical probability, what is the or what are the toxins or compounds which in your opinion caused or were a cause of Mary Etta Brown's Hodgkin's disease?

A I think the predominant cause in that mixture of things that she was exposed to from the refinery and probably from other things in her life, the one thing we can point to for which I believe there is good solid scientific evidence is the organic solvents, including benzene in particular. We know from the biochemistry of the compound benzene and its ability to alter genetic code and also alter the repair mechanisms of the DNA, its ability to affect the immune system, its ability to alter the enzymatic function of particularly the stem cells in the bone marrow where the Hodgkin's -- most Hodgkin's disease is B cells which are bone marrow lymphocytes. So we have good solid scientific reason to believe that all of the cells that derive from stem cells in the bone marrow are impacted adversely by

benzene in particular.
Now, there is a gene, a chemical interaction, not everybody that's exposed to benzene will get the same disease. So that is felt to be due to susceptibility factors in the individual, and there's now growing evidence about what some of those susceptibility factors are. And there are recent studies from the Chinese worker studies have demonstrated that those people that have an increase in the enzymatic pathway that produces the toxic intermediates, and there are certain polymorphisms where they have more of that enzyme. And simultaneously they have a polymorphism that causes them to have less of the enzyme that metabolizes the toxic intermediate; sort of the perfect storm, if you will, of pushing more of the toxic intermediate and having the inability to remove that toxic intermediate, that subgroup of people are much more susceptible to develop lymphohematopoietic cancers.
Our knowledge -- we've known about susceptibility ever since they first started writing case reports about benzene-induced cancer, commenting that some people were exposed for very short times to, you know, levels that didn't bother anybody else. So it was pointed out, actually in the papers published in the



'30s and '40s, that some people are just very susceptible to developing these illnesses. And it was postulated it had something to do with their susceptibility, their unique susceptibility. Now we're beginning to understand what that is all about.
MR. LUNDY: Read your question back because I want to make sure he's through with his answer. Would you read the question back.
(The record was read as requested)
MR. LUNDY: Are you through with your answer, Dr. Dahlgren? You may be. You went on and on, and I was trying to remember what the question was.
THE DEPONENT: I'm sorry. I actually probably got off to a side point. But what I was trying to point out is the chemicals are interacting with the person to cause the disease. And benzene is the one we know the most about, and how it works, and how it causes this type of disorder. That's why I went on and on about it.
BY MR. RIFF:
Q Okay. The question I'm asking you is in your opinion, to a reasonable degree of medical probability, what are the toxins, in your opinion, that were a cause of Mary Etta Brown's Hodgkin's disease?
A Well, I think organic solvents, but particularly benzene.



Q Okay. Thank you. In your opinion, to a reasonable degree of scientific probability, do organic solvents, excluding the compound benzene, cause Hodgkin's disease in humans?
A I don't know the answer to that. We don't have enough data on some of the "other organic solvents" except in studies that have been done. That's how they've been identified. But they could very well have contained benzene.
MR. RIFF: Okay. Off the record.
(Recess was taken)
MR. RIFF: Back on the record, please.
Q Is there, in your opinion, to a reasonable degree of medical probability, in 2008, a medical test or modality that can establish whether a human has a heightened susceptibility to the toxic effects of benzene or benzene metabolites?
A Well, it's available to researchers. It's not available to the routine. It's not a routine laboratory study that you can just order from a commercial lab. The testing that I referred to earlier that has been demonstrated to increase the susceptibility to benzene toxicity is complicated, expensive, and I've actually talked to some of the people who do the laboratory work and asked them if they would do it for me, and they said



they won't. They would only do it as part of their own research.
Q What is the test or modality that is capable, in your opinion, to a reasonable degree of medical probability, of showing heightened or increased susceptibility to the toxic effects of benzene or benzene metabolites?
A It would be those studies that I referred to where they look at the polymorphism, a particular type of ability to produce certain enzymes that metabolize benzene, the ones that increase the production of the intermediate, toxic intermediate. And that isn't just benzene epoxide, by the way. It's also to create more hydroquinones and muconic acids or muconic aldehyde. I think those are the three that are most often talked about as the chemicals that are the intermediates or chemicals that are thought to be causing the destruction of the DNA and interfering with the repair of the DNA.
Q What about catechol?
A I forget if catechol has been implicated as one of the mechanisms.
Q Do you have an opinion, to a reasonable degree of medical probability, whether Mary Etta Brown has or ever had an increased or heightened susceptibility to the toxic effects of benzene or benzene metabolites?

A No. I don't have any information about that, except the fact that she fought this disease. I mean, she moved into Hooven when she was a year old where she lived in Cleves. I'm trying to see if I can find out here. Well, I don't know where -- Cleves is I think -- many of the areas of Cleves were an area where there would be impacts. So it's likely she had an in-utero exposure. It's definite that she had exposure in early childhood. But what I would say is that others probably had similar exposure. They didn't get the same disease. So there was probably a gene environment interaction that caused her to be the victim of that disease at age 20 or 19.

Q Apart from the fact that she contracted Hodgkin's disease, apart from that fact, is there any other fact or information that you have that is suggestive to you that Mary Etta Brown had an increased susceptibility, increased over background populations to the toxic effects of benzene or benzene metabolites?

A Looking here for something. Well, I was looking at the family history issue here, and it's not very contributory. She had some member of the mother's family had a melanoma, but that wouldn't necessarily increase her risk on familial basis. Her mother had similar exposures to her and had, apparently, some skin



cancers. But we don't know too much else about the family history. So there's no reason to believe that she was at significantly increased risk as a result of family history. So we don't have any other information other than the fact that she contracted this rare disease in a manner that is consistent with having been exposed to something that would trigger and cause the disease.

Q This may sound familiar to you. Can we agree that "consistent with" in the world of science does not equate to "caused by"?

A Well, I guess I should start saying that there are certain things where "consistent" is the right phrase and others "caused" is the right thing. They have similar parallel meanings, but they may not be exactly the same. In other words, "consistent with" is probably not as strong as "caused." But in the absence of another factor, consistent could very well become the cause; depends on the circumstance. We're talking now about semantics. If we want to do, make things clear, I think I've made it clear, that my opinion benzene was the cause of her disease.

Q Okay.

MR. LUNDY: Insofar as I'm going to make an objection. It's a belated objection. I didn't want to



interrupt you because the question really that he asked calls for a legal conclusion in as much as him getting asked and you to agree that consistent is not a cause will support a legal argument that you didn't rule out other causes from -- and I interpret your answer as ruling out the family history as a contributing cause. And so, I mean, I'm making that objection that you'll understand that his question to you is really a question of law in nature.

MR. RIFF: Okay.

MR. LUNDY: So I'm just cautioning you, Dr. Dahlgren.

MR. RIFF: It isn't my custom to debate these things with counsel. Let me just say that I tried in the question to ask as a matter of science, not as a matter of law. I object to your objection as a speaking objection. I am not going to make speaking objections, and I'd ask you not to.

MR. LUNDY: I'm not. But I view that as a question of law, and you're asking a witness to agree with you on something that I know we're all going to be briefing and fighting over on a legal basis. So I made my objection.

MR. RIFF: Okay.

Q Now, later in life mary Etta Brown contracted



breast cancer; correct?

A Two breast cancers.

Q Do you have an opinion, to a reasonable degree of medical probability, whether her breast cancers were caused, in whole or in part, by exposure to toxins from the refinery, or is it your opinion that her breast cancers were caused by treatment for her Hodgkin's disease, or both?

A Well, I believe I have pointed out that PAHs would have contributed. I mean, it's pretty well established that as many as 25 percent of people treated for Hodgkin's disease develop a second primary, and those numbers are actually going to grow as time goes by. And I think that was the main cause, but not everybody who gets radiation gets two breast cancers, and particularly two different cell types. So she had really two additional primaries. So it's likely that not only did the radiation damage her genetic material in her breasts, but the PAHs contributed to it as well because those are -- there's growing evidence that PAHs contribute to breast cancer risk. So it's probably a multifactorial situation with her that caused her to develop these two additional primaries 25 years after the radiation and after her exposure as a child and teenager to the PAHs.





faf8f9c7-4323-4aea-b387-72b624dfff94

Q Do you have an opinion, to a reasonable degree of medical probability, whether or not Mary Etta Brown would have contracted her breast cancers had she not been exposed to -- withdrawn.
Do you have an opinion, to a reasonable degree of medical probability -- withdrawn again.
In your opinion, to a reasonable degree of medical probability, is the time course between her treatment for the Hodgkin's disease and the development of breast cancer such that you can conclude that the breast cancer was caused at least in part by the treatment for the Hodgkin's disease?
A Yes. It fits. The latency fits.
Q What is the latency?
A Well, ranges exposed from 10 to 30 years, maybe even longer. I mean, one of the things about latency is that it's not an absolute thing. I mean, there are people that have the disease even later. We don't always understand the factors. Let me just review here when she first had her -- let's see. What was her -- I guess it was '99, which would have been '72, so 26, 27 years. Totally consistent with the radiation and chemotherapy that she received being a cause.
Q In your opinion, to a reasonable degree of medical probability, is the time course between her PAH



exposures from the refinery such that you can conclude that they were a cause of her breast cancers?
A Yes. Because what probably happens with PAHs is particularly important during adolescence, when they're going through puberty. She was exposed during that time frame to PAHs from the refinery.
Q Is that covered in your appendix on PAHs attached to the Lipscomb report?
A I don't know.
Q Have you seen any medical record describing whether Mary Etta Brown does or does not have any of the BRAC genes?
A I don't know if they looked for that. They looked at estrogen receptors, which they do routinely because it affects the treatment. But the BRACs -- BRCA, I didn't see that that was done.
Q What is the significance, if any, to you, to a reasonable degree of medical probability, of the family history of breast cancer in Ms. Mary Etta Brown's case?
A I don't have in my notes who in the family had it, so I can't answer your question. There is an increased risk of breast cancer from family history, if it's in the primary female relative. But I don't have information about that. I did ask her about the issue. I have to get my questionnaire, but I believe she didn't



report to me a family member with primary breast cancer.
Q What is histoplasmosis?
A It's a fungal infection.
Q In your opinion, to a reasonable degree of medical probability, is Mary Etta Brown's histoplasmosis caused by her exposure to toxins from the refinery?
A No. It's more likely caused by her Hodgkin's disease and the treatment for it. The refinery chemicals I believe caused her Hodgkin's disease. But it was the disease itself and the treatment for the disease that impaired her immune systems such that she got this chronic fungal infection.
Q Now, I'm looking at your Exhibit 2 -- withdrawn.
I'm looking at our Exhibit 2 report. This is your supplemental report of July 2, 2008. If you have it handy; if not, I'll lend you the original which I've now done. And from memory it seems to me that in the italicized portion of that report you discuss Ms. Mary Etta Brown's breast cancer, Hodgkin's' disease, and histoplasmosis. My question of you is have you formed any opinions with respect to any other medical condition or adverse health affect that relates to Mary Etta Brown other than those that we've discussed?
A No. I think that's -- well, I mean, I have



other opinions about other health problems that she's had. For example, she's had pneumonia three times. I didn't comment on that, but it would be my opinion that that's got the same -- her increased susceptibility to serious infection is the same thing that caused her histoplasmosis. I haven't commented on that. Probably other things that she has that are wrong with her. She's got complications from her breast cancer surgery that I haven't commented upon. She gained weight as a result of the treatment for her Hodgkin's disease and never was able to lose it. I means, there are a few other issues I guess that would be important. I haven't commented on all of them. I just haven't been asked to. She's a nonsmoker and has a chronic productive cough. There's a lot of little things that I haven't talked about. If someone asked me, I would have an opinion about it. But . . .
Q Okay. Let me ask you some questions about some of her medical conditions as I understand them to exist or to have existed. Do you have an opinion, to a reasonable degree of medical probability, whether or not Ms. Mary Etta Brown's fibroids, which ultimately led to a hysterectomy, were caused, in whole or in part, by exposure to toxins from the refinery?
A I don't have an opinion about that.

Page 35

Q Okay. Do you have an opinion, to a reasonable degree of medical probability, whether her mitral valve prolapse was caused, in whole or in part, by toxins from the refinery?
A No opinion.
Q Do you have an opinion, to a reasonable degree of medical probability, whether her cataracts in her eyes were caused, in whole or in part, by refinery -- by toxins from the refinery?
A No opinion.
Q Do you have an opinion, to a reasonable degree of medical probability, whether her retinal detachment was caused, in whole or in part, by toxins from the refinery?
A No opinion.
Q Do you have an opinion, to a reasonable degree of medical probability, whether or not Mary Etta Brown's arthritis was caused, in whole or in part, by toxins from the refinery?
A No opinion.
Q I have information, which may or may not be correct, that a child of Ms. Mary Etta Brown died at age three days. Assuming that were true for the purposes of my question, do you have an opinion whether or not that child's death was caused, in whole or in part, by toxins

Page 36

from the refinery?
A Well, she received her treatment for the Hodgkin's disease while she was pregnant and getting radiation and chemotherapy, which would have been very harmful to the child. So I think the child probably died -- she told me the child had a birth defect, cardiac malformation which would be due to the treatments she received for her Hodgkin's disease. So that would be my opinion as to the cause of the child's death.
Q Do you have any information as to what the nature of the congenital heart defect was?
A No.
Q What congenital heart defects -- withdrawn.
What heart defects in a fetus are capable of being caused by the treatment that she received during that pregnancy?
A Well, radiation is a known cause of birth defects. And depending on which chemotherapy medication she had, it would likely that they would also be capable of causing birth defects. The specific ones, we don't know, so we have to stick to saying that radiation is a known cause for birth defects. It's a potent mutagenic agent.
Q So far, at least in your reports, you have not

Page 37

identified any peer reviewed literature for the proposition that radiation received in utero is capable of causing heart defects; correct?
A Yeah. I didn't put that in my report.
Q Have you reviewed any medical records related to Mary Etta Brown describing the specifics of the radiation therapy she received for her Hodgkin's disease?
A Only that they described mantle, which means across her chest, and that's routine in Hodgkin's is to treat the lymph nodes in the thoracic cavity. I didn't notice in the records or her history to me that they did abdominal radiation. That's also a possibility. But I don't have any information about that.
Q In your opinion, to a reasonable degree of medical probability, is mantle radiation therapy or does mantle radiation therapy affect the fetus?
A It certainly would, yes. I mean, even with the best attempts at masking, the baby would still probably receive some dose of radiation from that activity.
Q What are the other causes for heart defects in fetuses, human fetuses?
A Well, there's probably several hundred things like viruses, drugs, chemicals. There's lots of identified causes that have been published for heart

Page 38

defects.
Q Can you explain to me the methodology that you are employing that permits you to reach the scientific conclusion, to a reasonable degree of medical probability, that radiation was a likely cause?
A Well, if you're asking me for specific references, I don't have any in my memory that I can cite. I just have the general knowledge from being a medical doctor for many years that radiation is a known cause of birth defects.
Q I guess my question is going more to the question of how you can rule out other potential causes or even etiopathic causes such that you can say the more likely than not, to a reasonable degree of medical probability, radiation was a cause?
A Well, the whole issue is is that a known cause of this disorder. That doesn't mean that there might not be some others that just I'm not aware of. But that's the one I'm aware of that would be a likely probable cause. As I say, it has been well-known for a long, long time that radiation during pregnancy will increase the risk of birth defects, including cardiac birth defects. And I didn't say there weren't other possible causes. I'm just not aware. Etiopathic would not be appropriate in the sense that if you do have a

Page 39

known cause, it's no longer etiopathic. Etiopathic just means you don't know. But if you have something that's a recognized cause of such abnormalities, then it would be appropriate to attribute it to that factor.
Q What proportion of in-utero cardiac malformations are etiopathic?
A I don't have that information. I think it's a question like it is with the earlier question about etiopathic. It depends upon the how carefully one looks for a causative factor. Oftentimes there's no investigation done. But I just don't recall from memory how many birth defects, cardiac birth defects are attributed to unknown factors. I'm sure it's some percentage, but I don't remember that percentage.
Q In your opinion, to a reasonable degree of medical probability, is Mary Etta Brown cured from her breast cancer, her breast cancers?
A Well, let's see. '99 was the first. 2000 was the second. She's now nine years post diagnosis. Most of the time you would want -- five-year survival is considered to be a good sign. 10-year survival is even more of a positive sign without evidence of recurrence. As far as I know, she's probably cured, given the length of time since the tumors were removed and treated.
Q In your opinion, to a reasonable degree of

Page 40

medical probability, is she receiving adequate medical surveillance from her physicians?
A Yes. From what I know she's seeing the doctor regularly and she has a host of health problems. She's not what you would call well at this point in time. But she sees the doctor regularly. I don't have recent records. I think the latest record I had was in '03. But from what I glean -- '04, I have a CT from '04. There's one visit for depression in '06. Let's see if there's any other information here. No. I don't have a lot of records of what her doctors have been doing recently. Clearly, she's going to the eye doctor for regular treatment of her eyes. She's on drugs for her depression and anxiety. She suffers from -- she's on medicine for gastrointestinal problems. She's anemic. She's back on steroids to control her, some of her symptoms. I presume that would be related to respiratory and skin reactions that she's been having. So she's on multiple medications, so she's probably seeing the doctor frequently and being followed closely.
Q Did you form an opinion, to a reasonable degree of medical probability, whether her anxiety and depression are adequately controlled and adequately treated, I should say?
A The doctors I think are trying. I don't know

Page 41

if I would say that they've controlled her depression and anxiety to a point where she's not suffering from those symptoms on an ongoing basis, because she described to me that she was still not feeling normal, if you will. And let me see what my -- where is it? I did not do my profile of mood states. I didn't comment on her emotional state when I saw her. So usually, if someone is obviously anxious and depressed, I would comment on it. In my physical exam I didn't. Even though she's on these medications, it does appear that they're at least keeping her from having severe anxiety and depression and it's obvious on routine physical exam.
Q Did you make any note at all with respect to her affect?
A No, I didn't. I might want to look at my chart. See if there's something there.
Q Sure.
(Pause in proceedings)
THE DEPONENT: No. I made no comment about her affect.
BY MR. RIFF:
Q You examined her on April 14, 2008?
A Yes.
Q Did you record, tape record or video record

Page 42

that examination?
A No.
Q Who else was present, if anybody?
A No one.
Q Would you estimate for me how long your time spent with this patient -- I use the term "patient," but I know she's not your patient in that sense. But how long did you spend with -- in the presence of Mary Etta Brown?
A I didn't make a notation about that. But I would estimate that I probably spent about an hour with her, judging by the length of my notes.
Q Okay. Did anybody else affiliated with you, your office, or your staff interview Mary Etta Brown?
A No.
Q Did anybody affiliated with your office or your staff interview, other than you, interview Carol Limpscomb, Jean Runck, or Michelle Schrader?
A No.
Q Now, apart from what's written in Exhibit 1, which is your report of 5/14/08 and Exhibit 2, which is your supplemental report of 7/2/08 and the opinions and answers you've given me today, apart from that, have you -- have you formed any other opinions relative to Mary Etta Brown, or would you say that between

Exhibits 1 and 2 and our discussion so far we have captured the gist of those opinions?
A Yes. I think so.
Q Okay. "Yes" you think we captured the gist?
A Yes. I think we captured the gist.
Q Fine. Why don't we take a little break, and then we'll move on to a new plaintiff.
(Recess was taken)
BY MR. RIFF:
Q Mary Etta Brown, hopefully a last question or two. In your opinion, to a reasonable degree of medical probability, what additional medical surveillance or monitoring does she reasonably need that she is not getting on account of her exposure to toxins from the refinery, if any?
A I don't think there is any. I hope the doctors are giving her the proper follow-up care. I suspect, since she's had three cancers, that they are going to be looking for cancer early in treatable stage. And, therefore, I don't think there's anything more that could be added. Again, I emphasize I don't know the details about what they're doing right now in terms of her medical surveillance and medical monitoring, but I presume they're doing everything that needs to be done.
Q Okay.



A By the way, I was reminded at the break that there's -- when I said I was unaware of a family member with breast cancer, turns out that their mother did have breast cancer late in life, therefore, she does have an increasing risk as a result of the statistical likelihood of developing breast cancer. But the complexity here is that the mother was similarly exposed, having lived in the area around the refinery from the 1930s. So in this case it's not a family member who wasn't similarly exposed. So they share a risk factor of the exposure. But, nevertheless, family history probably plays into this issue of susceptibility that we talked about a minute ago.
Q Okay.
A One additional point which is that I got a report from Dr. Rosenfeld just yesterday also that reports on the PAH concentrations in the house dust in Hooven. And the levels are exceedingly high. I think it emphasizes and underscores the fact that PAHs were a major factor coming from the refinery. And I spoke to Dr. Rosenfeld about it and he made the point that even though the particular home that any of these plaintiffs happened to live in wasn't tested -- I think one of the homes is not even there any more -- but that the pattern that he sees in the homes that are tested would



generalize to probably all the homes in the town. So PAHs are a major toxic element in this exposure scenario.
Q Okay. Counsel and I are going to fight and bicker at some length about whether Dr. Rosenfeld's supplemental attic dust report is or is not fair game at this point. We don't have to resolve that now. I may ask you a follow-up question or two. I do so without waiver of any objection. Just so the record is clear, I'm sure plaintiffs contend that report is timely and under the rules. "I absolutely have every right on earth to have it considered and it's appropriate." If there's anything you want to add to that position, go ahead. I don't want you to feel left out of this. But --
MR. LUNDY: The report is just -- I mean, it's a supplemental report of Dr. Rosenfeld that just simply shows the footprint in the community, and really doesn't have a bearing on Dr. Dahlgren's opinions that he's already rendered. It just confirms it. He formed his opinions knowing they had PAH exposure. The report just confirms the high concentrations of contamination in the houses. So that's my -- you want me to comment, I'll comment.
THE DEPONENT: There's one other thing which I



should point out that the people that I interviewed, I forget which one, but of these four people several of them said that it was common to have black sooty material falling on their homes, and in their yards, and in the neighborhood which would certainly be consistent with high exposures to particulates that would contain PAHs.
BY MR. RIFF:
Q To your knowledge, did Dr. Rosenfeld -- never mind. Withdrawn.
I want to ask you some questions about Carol Lipscomb next, please. I have before me Exhibits 3 and 4. We'll happily lend them to you, if necessary.
Q Now, my first question is have you formed an opinion, to a reasonable degree of medical probability, that Carol Lipscomb has or has ever had the disease multiple myeloma?
(Pause in proceedings)
THE DEPONENT: I'm looking for a comment that I thought she made to me that she was going to be placed on therapy finally, after being followed for her gammopathy for many years; that due to the increasing amount of globulin, gamma globulin that she was showing, that they were going to initiate therapy. For many





faf8f9c7-4323-4aea-b387-72b624dfff94

years, starting back it looks like '01, she has had what's called monoclonal gammopathy which is often, but not 100 percent, a precursor to developing multiple myeloma. The study that was done on January of '07 showed small vague lucencies in the proximal radius on the left, which one of the things you look for to make the diagnosis of myeloma is, number one, a gammopathy, monoclonal gammopathy, secondly is bone lesions. So I believe that using that as the criteria, she does have multiple myeloma, and that I believe is what her doctors have said to her as well. The issue is whether or not they've initiated therapy. As I said, my recollection is that somewhere in my notes she's indicated to me that she has been told that she's going to be placed on therapy, if she hasn't already been.

Q In your opinion, to a reasonable degree of medical probability, Carol Lipscomb properly carries the diagnosis of multiple myeloma; correct?

A Yes. I believe, given the bone lesions, coupled with the gammopathy, I believe that that criteria makes the diagnosis of multiple myeloma.

Q And tell me again, the bone study, the date of the bone study you're relying on or studies.

A January '07. Let's see. It was Dr. Bhandari B-h-a-n-d-a-r-i, January 22nd, '07. And this doctor --



let's see. I guess he's part of -- he's obviously one of her doctors. I think it's at the University of Cincinnati where he practices and where she's been going for treatment. She also has a mild anemia diagnosed January 1, '07 which would be a further manifestation of a low grade multiple myeloma.

Q Is there a disease entity recognized in the American practice of medicine, in your opinion, to a reasonable degree of medical probability, called monoclonal gammopathy of unknown or undetermined significance?

A Well, I don't know about undetermined significance, but it doesn't require therapy. They follow these patients, as they did her, until other manifestations indicate that it's progressing. So it can be a fairly smoldering, low grade gammopathy. It's not a normal state by any means. There's obviously dysfunction of her cells that produce the globulins. So it is a very -- very frequently -- I don't recall the percentage, but it frequently does eventually turn into multiple myeloma. And as I'm suggesting to you, that process, although it appears to be rather slow moving, is progressing as evidenced by the bone marrow lesion and the anemia.

Q I'm asking a slightly different question which



is in your opinion, to a reasonable degree of medical probability, does American medicine recognize a disease entity called monoclonal gammopathy of unknown or undetermined significance, sometimes called MGUS?

A I thought I answered the question. The answer is yes, there is a condition, although I don't agree that it's called of unknown significance. I believe it has significance and requires careful follow-up. But there is an entity that -- some of the patients with this gammopathy do not progress to multiple myeloma. They pass away of some other cause. So in that sense it doesn't necessarily have to progress to multiple myeloma, but a high percentage do.

Q Are there various types and forms of monoclonal gammopathies in humans?

A You mean different particular proteins that are in excess, yes. They're not all identical in the sense of the monoclonal gammopathy is not always the same protein.

Q Which protein or proteins in Ms. Lipscomb's case have been identified as in some fashion abnormal leading to the monoclonal gammopathy diagnosis?

A I didn't see any characterization beyond the fact that it's a problemly a gamma globulin. But in terms of which gamma globulin, I didn't see or record



that particular piece of information. I'm not even sure it was ever determined.

Q How many different gamma globulins are there in humans normally?

A There's many different gamma globulins. Gamma globulins are the antibody that is formed to attack various invading bacteria and viruses and chemicals. So it's really a host of different gamma globulins. Sometimes the body will not even be making any at a given point in time until they're challenged, and the body would make the new gamma globulin. So there's many, many different kinds.

Q Does your review of her medical chart show that she was first diagnosed with monoclonal gammopathy in about 2001?

A Yes. I said that a minute ago.

Q Okay.

A Looking here at the abnormal lab results studies, the protein electrophoresis described a gamma at 1.7 with the upper limit of normal at 1.6. Then it has some further breakdowns of those gammas into alpha 2. And alpha 2 appears to be slightly increased as 15 milligrams per 100 decileters, and 14 is the upper limit of normal. And then there's the kappa is in the normal range. The lambda is 314, and the kappa/lambda

ratio is abnormally low. And the IgM is low. So it would appear that the lambda chain appears to be elevated and the kappa is low.
Q In your opinion, to a reasonable degree of medical probability, did those specific findings inform the question as to the chances of her gammopathy progressing to a full-blown multiple myeloma?
A Not to my knowledge. These are consistent with the mild form of the disease that she has with slight elevations of the gamma globulin.
Q As of September 27, '07, Dr. Bhandari reports, among other things, that the patient claimed to be "the picture of health." And my question, do you have an opinion, to a reasonable degree of medical probability, whether the patient is correct or not correct on that point?
A Well, I don't know what he means by a "picture of health." I mean, that isn't really a medical term. I think what he meant for a woman at her age and with this underlying disorder she's doing reasonably well. But I am worried about this patient because of the bone lesion, and because of the platelet count, and the anemia. And the doctors have noticed a declining platelet count which is relevant because what it means is there's additional dysfunction going on in her bone



marrow. You know, they comment in 2001 that she did not have destructive lesions in the skeleton, but in '07 there was a bone lesion. So I believe that is when the -- I think the diagnosis moved from gammopathy into myeloma. And in fact the doctor actually said in '01 that she has either an early smoldering myeloma or simply gammopathy. And he says it is a very significant abnormality.
In '03 they apparently did x-rays. They were still negative. The M spike had increased. Platelet count had come up for whatever reason in '03. So the doctor's impression was multiple myeloma at that point. And, you know, like I say, the '07 lesion would have made that diagnosis more firm.
Q Okay. Let me ask you a hypothetical question, and I know you know what that is. I want you to assume hypothetically that this patient does not have multiple myeloma but has the disease monoclonal gammopathy. My question is do you have an opinion, to a reasonable degree of medical probability, whether or not benzene or benzene metabolites are capable of causing monoclonal gammopathy in humans?
A Yes. I think -- I don't know if I came across with as clearly as maybe I should. But any disorder in the bone marrow that occurs following benzene exposure



is likely medically probably related to that benzene exposure. So even the monoclonal gammopathy would be a complication or a disease arising from the benzene exposure. I think the literature is pretty clear on the issue of disruption of the stem cells, the various changes that occur in the bone marrow. They can pretty well accept it that any disorder of the bone marrow can occur from benzene exposure due to its toxic effect on the stem cell.
Q What information do you have concerning the proportion of monoclonal gammopathies in humans that are etiopathic?
A I don't know. I haven't seen epidemiological study that really addresses that question. I don't know the answer to that off the top of my head. I'd have to look and see if there is some statement in the literature about that. I think it's probably true, as I said in response to this same question about these Hodgkin's disease. Doctors frequently are looking to treat the patient, and they don't spend a great deal of energy and time, because time is very precious when you're dealing with patients, on searching for causative factors. They're simply interested in making a diagnosis and treating the patient. So I'd say probably most of the time, when these diagnoses are made, there's



no effort made to determine the cause.
Q Apart from benzene and benzene metabolites, in your opinion, to a reasonable degree of medical probability, what are other established risk factors for monoclonal gammopathy?
A Radiation exposure has a similar toxic effect on the stem cells and leads to various immunological disorders. Benzene and radiation have been frequently compared to each other. In fact, benzene is called a radiomimetic poison back in the old days. You don't see that phrase very often anymore. That's because they often have very similar toxicities. And multiple myeloma is one of the conditions that has been described to arise from radiation exposure.
Q Any other risk factors in furtherance to my earlier question?
A I think certainly age is a risk factor for most cancers, including multiple myeloma. But I don't recall that there are other factors that have been shown to be causative for multiple myeloma. It's a rare disease, like Hodgkin's disease. They both have about the same number of cancers of that particular cell type, and it's quite a small number. I think the figures are under 10,000 cases diagnosed per year in the United States. So any disease that has relatively small occurrence

rates tends to take huge numbers in your database in order to show statistically significant excesses. Both Hodgkin's and multiple myeloma are in that category of being rare and, therefore, not likely to show up in epi studies. The proper way to maybe assess those would be case control studies rather than epidemiological studies of cohorts.
Q In your opinion, to a reasonable degree of medical probability, is cigarette smoke capable of causing monoclonal gammopathy in humans?
A I think it has been linked to it, but it's thought that all of these hematological malignancies associated with smoking are due to the benzene in the cigarette smoke. I think that's the current thinking at least. But, yes, there is a very weak link to smoking. I think that reflects the fact that the benzene exposure is quite low in those people.
Q In your opinion, to a reasonable degree of medical probability, is it likely that a childhood exposure to environmental tobacco smoke will have a more potent effect relative to the future development of monoclonal gammopathy than a later-life exposure?
A No. I would have no reason to think that secondhand smoke would constitute a large dose of benzene and be a significant contributing factor. I



don't think any of the hematological malignancies have been linked to secondhand smoke, at least at this point, in spite of very large databases. What is linked to secondhand smoke has been lung cancer and respiratory disease. The issue of the multiple myeloma I don't think has been shown to be associated with secondhand smoke. But as I indicate, there is some contribution to the risk because of the benzene exposure, but it's low grade. Actually, secondhand smoke exposure may not even show up in, say, biological monitoring of metabolites. People who smoke cigarettes themselves show a level of benzene exposure that is about equal to background exposure in the general population. In other words, if you have 10 micrograms per gram of creatinine of muconic acid from background, you might have 20 micrograms of muconic acid added to the background from regular pack-a-day cigarette smoking. But the people that are in that home let's say with the smoker don't show up as having any significant increase in the metabolite.
Q Okay. So with respect to Ms. Lipscomb -- no longer a hypothetical question. With respect to Ms. Lipscomb -- withdrawn.
In your opinion, to a reasonable degree of medical probability, was Ms. Lipscomb's exposure to PAHs from the refinery a cause of her multiple myeloma?



A Well, no. It was not a cause. I believe it was -- PAHs would contribute to the risk because of their stimulation of the enzymes that metabolize benzene to its more toxic intermediate. But I'm not aware that multiple myeloma would be caused by PAH alone. I'm not aware of data on that point that would suggest PAHs would be a cause by themselves.
Q In your opinion, to a reasonable degree of medical probability, are the reactive metabolites of benzene that cause AML in humans the same that cause multiple myeloma in humans?
A Probably. The toxic intermediates are known to interfere with DNA replication and DNA repair. And depending on where the DNA damage occurs will determine what the disease would be. As I understand it, these toxic intermediates react more or less randomly on the DNA. They don't always go to one spot. It depends on unknown variables as to why they attack one area of the DNA and not another on any given exposure. So I think that it's likely that the defect that it causes myeloma is different than the defect it causes AML, but they're caused by the same reactive intermediates.
Q Do you have an opinion, to a reasonable degree of medical probability, as to the mechanism by which the benzene metabolites cause multiple myeloma in humans?



A No. Unlike, there has been some study in AML as to what is the -- where the abnormal piece of the DNA seems to be associated with benzene exposure. Not that it's going to always be a single damage. In fact, most of the evidence that is accumulating now with all the genetic studies is that patients with AML or any cancer have actually abnormalities in several locations. But that similar work has not been done with multiple myeloma.
Q Do you have an opinion, to a reasonable degree of medical probability, whether the mechanism by which benzene metabolites cause multiple myeloma in humans is an alkylating mechanism versus a topoisomerase 2 inhibition mechanism?
A Both mechanisms probably are at play. Benzene has an adverse effect on both. It's both alkylineation and also topoisomerase interfering with the function of that which is the DNA repair enzymes. So it's both. It may be other things, too. I mean, there's interference with immune surveillance, apoptosis. The complexity of cancer seems to grow as our knowledge grows. It's not a single defect that allows the disease to progress and to be present.
Q Do you have an opinion, to a reasonable degree of medical probability, whether the time course between

Page 59

Ms. Lipscomb's exposure to toxins from the refinery and the manifestation of her monoclonal gammopathy is or is not supportive of the notion that that exposure was a cause of her monoclonal gammopathy?

A I think, in general multiple myeloma is a disease of older people and, therefore, is totally consistent with a long latency from whatever causes there are. So she lived there -- let's see. She was born in Hooven in 1939. Stayed there for three years -- I'm sorry -- six years. And then the next 11 years she was in another house on Washington. Then, in '56, she moved to Harrison, which is quite a bit farther away. Then, in '57, moved back to Cleves. Moved all around. All these people moved a lot. Finally, in '58, she moved into Cincinnati proper. In '59, she moved back to Cleves, stayed there for six years, and then back to Cincinnati, where she's currently living. So she had intermittent exposure starting at birth and in utero. She's now 68. She's had the disease since she was 61, approximately, or 62. So like I say, age is a risk factor for this disease. I think interacting with her exposures led to the problem.

Q Do you have an opinion, to a reasonable degree of medical probability, whether the metric of cumulative dose expressed in part per million years or a metric of

Page 60

peak exposure expressed in some other fashion is the more relevant metric for Ms. Lipscomb relative to her monoclonal gammopathy/multiple myeloma?

A Both are implicated as important in the epidemiological studies. Some authors have emphasized cumulative dose as an important predictor of the adverse effect on the stem cell. And others, equally strongly, have suggested peak exposures are more important. I don't think that that issue is settled. There's evidence to support both points of view. I think the fact that the various agencies that regulate exposures have set a short-term exposure limit is based on the notion that peak exposures are more important. The theoretical basis of why peak exposures are so important is because you overwhelm the body's ability to remove and control the damaging effects. Peak exposures lead to genetic changes that are not repairable and that have become permanent. So I believe that peak exposures are identified in the literature as being extremely important.

In her case, she grew up across the street from the plant. Her dad worked at the plant. He came home smelling like oil. So I think she did have probably some fairly high exposures from say the father coming home, but also the plant being so closeby. There were

Page 61

episodes where there were fires. And those would have probably been peak exposures to benzene and the other contaminants. So in her case I think she did have some indications of some peak exposures. Obviously, they weren't measured, and it would be very difficult to model them at some point in time except to say that they probably did represent peak exposures for her.

Q In your opinion, to a reasonable degree of medical probability -- withdrawn. Well, start again.

In your opinion, to a reasonable degree of medical probability, what has the epidemiologic literature shown as the lowest cumulative exposure to benzene that is associated with a statistically significant increase in multiple myeloma?

A I don't think there's any data on that point. As I said, the epidemiological studies have not routinely reported an excess of multiple myeloma. The reason for that it's a rarity in the population. And probably another major reason is because it's, you know, it just has a lower occurrence than say some of the other lymphohematopoietic disruptions for whatever reason. So I can't answer that. I don't think there is a low dose that has been looked at in epidemiological studies. I think what's important is the studies that are being done now that -- there's a half dozen of them

Page 62

that I referred to in in my write-up. But I noticed in the write-up I didn't mention the amounts in terms of the air concentrations that have been reported with those environmental exposures. And those are in the low parts per billion range, ranging from 20, 30, 40 parts per billion in the air. And they haven't done what you would call a cumulative dose estimate. They simply looked at say children living in Bangkok, or policemen in Milan, or other individuals who have been exposed to benzene in fairly low amounts, as I say, in the 20, say 50 parts per billion range. But they haven't linked up a length of time that these people have been exposed.

But then they've looked at their genetic changes, things like micronuclei or other indications of altered stem cells in the circulation, looking for genetic deficits in the stem cells. And those are pointing towards dose affects that are exceedingly low. Again, it's probably -- those studies haven't gone the step further as they have with some of the Chinese studies and looked at the susceptibility variables. What's clear is you can see significant genetic changes in the low parts per billion range really underscoring the notion that has been expressed on numerous occasions by various authors that there's really no safe level of exposure to benzene.





faf8f9c7-4323-4aea-b387-72b624dfff94

Q So far at least, the presence of genetic lesions in benzene-exposed populations, a notion that those lesions are a precursor state to a frank malignancy, would you agree that that is still a hypothesis of science as opposed to an established preceptive science?
A I think it's an established preceptive science. Most of the data that allows us to make that statement comes from the PAH literature. Dr. Perera and her colleagues around the world, including Dr. Philips who did this very interesting study where they looked at the PAH DNA adducts in Harvard medical doctor graduates and followed them for 20 years, 25 years and showed that those that had the higher adduct levels had the higher rates of cancer. And I believe it's well established with PAHs, if you got those DNA changes, there is a measurable subsequent occurrence of cancer. And seems to me, if I remember correctly, Dr. Smith made the point recently, Martyn Smith, that that same phenomenon has been shown with the DNA abnormalities in benzene-exposed workers; that those that have the abnormalities do indeed have the higher rate of developing leukemia.
Q I'm interested in that. If you have a citation of Dr. Smith's work on that proposition, I'd like to see it.



A I'm trying to remember what the citation is. I'd have to look it up.
Q The reason I ask is I am familiar with his work on this point. I think he has not yet made that link. But if you have a citation that he has, can you provide that?
A Yes. I'm certain that he has said that he believes it to be true. I'm trying to remember what the evidence was to support it.
Q Okay. All right. Now I want to ask you about some other medical conditions or adverse health effects -- I'll just say medical conditions of Ms. Lipscomb. For each of these my question is do you have an opinion to a reasonable degree of medical probability that the condition was caused, in whole or in part, by refinery toxins. Okay. Do you understand what I'm going to ask you to do?
A No.
Q Okay. Do you have an opinion, to a reasonable degree of medical probability, whether any of Ms. Lipscomb's cardiac conditions were caused, in whole or in part, by refinery toxins?
A No opinion.
Q Same question with respect to her hypertension?
A No opinion.



Q Same question with respect to her diabetes?
A No opinion.
Q Same question with respect to her endometriosis?
A No opinion.
Q Same question with respect to her hyperlipidemia?
A No opinion.
Q Same question with respect to -- my notes reflect a "benign breast cyst"?
A No opinion.
Q Same question with respect to a basal cell carcinoma on the left side of her face?
A Well, obviously skin cancers, basal cell carcinoma, which she contracted, let's see, it was not that long ago. I'm trying to find notes about when that was diagnosed. Anyway, it's probably been aggravated, but it is such a benign condition that it really doesn't, you know -- we don't have epidemiology on basal cell carcinoma. The NCI, for example, doesn't keep records for that type of skin cancer. The American Cancer Society doesn't keep records. It doesn't come to the level of being of great enough concern that there's anything other than just more anecdotal data on the occurrence of basal cell



carcinoma. So I think probably my answer would be I don't really have an opinion about that at this point.
Q Okay. Do you have an opinion, to a reasonable degree of medical probability, whether or not Ms. Lipscomb is receiving adequate medical surveillance for her monoclonal gammopathy/multiple myeloma condition?
A Yes. I believe that the doctors at UC are giving her good care.
Q Is there any additional medical surveillance or monitoring that in your opinion, to a reasonable degree of medical probability, she should reasonably receive that she is not receiving?
A Yes. I think in her case, because of her age, because of her exposures, you know, in her younger part of her life, she's at increased risk for various cancers, but they probably aren't following closely. She's a nonsmoker of cigarettes, so they probably aren't worried about malignancies as much as they probably should. I doubt if her doctors are aware of her exposures in Hooven. I don't see anything in the notes that she told them about exposures. Yet, more important, I don't have any reason to believe that the doctors in the oncology department at UC would be any different than most oncologists in terms of being aware

of her very high risk from living in Hooven.
So I would recommend that she have some additional care, medical monitoring that would probably not come to her mind, and I didn't see any evidence that they were doing it. Things like a spiral CT of the chest and abdomen which can be exceedingly useful for detecting cancer in early and treatable stage and, similarly, a colonoscopy, either a virtual colonoscopy with the spiral CT or a regular colonoscopy would be something that I would recommend that she have, that I didn't see she was getting. They didn't look at her risk for solid tumors. But because of her exposure to PAHs and her exposures to all of the other carcinogenic agents but particularly the benzene, which by the way is also a promoter because of its interference with DNA repair and DNA disruption. I think she's at high risk for additional cancers. They might be missed if they don't do some additional work. It will manifest itself late.
Q In your opinion, to a reasonable degree of medical probability, how often should Ms. Lipscomb receive a colonoscopy either virtual or otherwise?
A Maybe the word virtual might not convey what I'm trying to say. What you can do with the spiral CT is that you prepare the person for a colonoscopy, but



you simply put air in the colon. Then, when the spiral CT is done, you can see polyps or other growths. It's not done very often, but I think it's a really good technique. It avoids having the patient having to go through a much more painful and expensive and discomforting, anesthesia and everything else, colonoscopy. I would say three-year intervals would be appropriate for that particular study. Some people are now pushing for five-year intervals. I think three years still makes the most sense because you're most -- polyps and other malignancies with a doubling time in the range of four months, you're going to be able to pick it up still at a small stage at three-year intervals.
Q Now, if, hypothetically, Ms. Lipscomb had not had any exposure to toxins from the refinery, how often would you recommend that she have a colonoscopy?
A Well, I probably would have to think about that issue. Let me see. What was her family history? I don't think there was anybody that had colon cancer in the family. Yeah. She doesn't have a family member with colon cancer. Let me look and see. Yeah. She probably would be someone that would probably come into the category of having it done once. If there were no polyps, you'd probably not recommend that she have it



done again for maybe five years, something in that range.
Q What is the current U.S. preventative health services recommendation for colonoscopy for American women say over age 65?
A I don't recall.
Q In your opinion, to a reasonable degree of medical probability, how often should Ms. Lipscomb have these serial CT tests that you described?
A I'd say three-year intervals, also.
Q In your opinion, to a reasonable degree of medical probability, that modality is useful in detecting what?
A Solid tumors of the lung, the liver, the kidney, pancreas, probably even bladder and, if they prepare properly, colon. So it picks up quite a few commonly occurring cancers which are known to be much better treated if they are caught early.
Q Does the U.S. preventative health services guidelines, medical surveillance or medical monitoring recommend serial CT scans for any group of patients?
A I don't think so. I think they're still on the fence, waiting for bigger studies to be done. So I don't think they recommend the CT at any interval for the general population. That, by the way, is for people



with normal background risks. I think they're still not taking the position on whether high risk groups might benefit from the procedure.
Q Does the American Cancer Society or the American Lung Association recommend serial CT scans as a medical monitoring device for populations of heavy smokers?
A I don't think so. I think that they're still taking the position that -- doesn't make any sense to me -- you haven't proven that you can improve survival with that technique, which I think is wrong. I mean, there's no question you can pick up the disease earlier. Their argument, American Cancer Society's argument, whatever reason, is that even though the studies have shown that it picks up cancer earlier and the survival rates are much better in smokers who have been screened with this method, they're arguing -- NCI, by the way, makes the same argumentative -- that you just picked up the disease earlier. You haven't proved that survival has improved. That doesn't make any sense to me. I think it's an incorrect argument.
Q There are some cancers in humans for which you would accept that argument, such as glioblastoma multiforme?
A Yes. And mesothelioma. There's some that

early detection doesn't help. Survival is so bad that you don't really gain very much by early diagnosis. But lung cancer clearly benefits from it, as does most of the other cancers that we just talked about. Colon cancer clearly benefits from early detection.

Q Now, as between what you've written in Exhibit 3, your long report on Carol Lipscomb and Exhibit 4, your supplemental report, and my questions of you today and your answers today, have we now captured the gist of the opinions you've reached relative to Carol Lipscomb?

A Yes.

Q Let's take a break.

MR. RIFF: Shall we go off the record.

(Recess was taken)

MR. RIFF: Back on the record, please.

Q Let's talk about Jean Runck, R-u-n-c-k. In your opinion, to a reasonable degree of medical probability, does Jean Runck have a malignancy?

A It's my understanding that she does, yes. Lymphoma, as I recall. Let's see.

(Pause in proceedings)

BY MR. RIFF:

Q Am I waiting for you or are you waiting for me?

A No. I'm looking through the records here



because the various doctors seem to have called her condition lymphoma. One doctor wrote that he thought the diagnosis should be lymphosarcoma and reticulo cell sarcoma, unspecified site. So the doctors have I think most consistently called her a lymphoma. They don't seem to be -- she's got a low grade lymphoma similar to our other patient with the monoclonal gammopathy. In fact, one of the visits in '04, the doctor said she had monoclonal gammopathy and stable lymphadenopathy. So she's got one of these smoldering kinds of disorders. In '06, they again repeated the lymphosarcoma diagnosis. It appears she has another case of a smoldering sort of low grade lymphoma that is. Dr. Wagner in '06 confirmed the presence of some supraclavicular and axillary lymph nodes, largest one measuring up to three centimeters, increased in size from July of '05. But they're watching this patient rather than treating her vigorously for this low grade disorder, if you will.

Q In your opinion, to a reasonable degree of medical probability, does she have a malignancy?

A I believe so. They talk about an atypical features. They talk about nodes that are large. It's probably just like with the other patient, a very slowly progressive disorder. In fact, she even has the gammopathy. So she's got -- I guess it might be



borderline malignancy. She's got some tumors growths, growths that are, you know, not quite malignant yet. I guess that would be a contradiction, but the point is she's got a disorder that the doctors are following her for. And it's not reached a point where it requires therapy. Similar to our other patient. Maybe, as time goes on, the lymphadenopathy will progress to the point where it requires therapy. At this point, it doesn't. She has -- well, I think the March of '07, the doctor wrote "working diagnosis of malignant lymphoma" and put down the ICD9 code for that condition. So she would fall into 202.8 ICD9 code which is a malignancy.

Q Okay.

A But he's not chosen to put her on any therapy up to this point. And most recent visit we had was in February of '08, a letter from Dr. Glassman. He said that she's not required any treatment for Hodgkin's. Why he called it "Hodgkin's" I'm not sure. But again, they're watching this patient closely. That's the bottom line.

Radiation oncology said -- again, they mentioned lymphosarcoma. The most recent visit was February 7, '08. Dr. Brahmamdam, B-r-a-h-m-a-m-d-a-m, said, "Diagnosis No. 1: Axillary adenopathy that is worse on the current CT. Stable monoclonal gammopathy.



3. Biopsy shows florid follicular hyperplasia with progressive transformation of germinal centers and focal necrotizing granulomas." It is stated that this is a precursor of Hodgkin's disease. So the most recent doctor notation I guess would put her in the category of almost a malignancy; sometimes malignant, sometimes not, depending on what the doctor's mood is at the moment.

Q Have you seen any medical record that discloses the frank existence of a Reed-Sternberg cell?

A No. But he's saying -- I think the doctors, pathologists, oncologists are all kind of -- they know there's something wrong. They're not sure what category to put it in. They're just following her closely.

Q And do you have an opinion, to a reasonable degree of medical probability, that if she has a lymphoma, what type of lymphoma she has?

A No. It's not clear. You know, it's -- it's a pre lymphoma. I mean, if it becomes more florid and more expressed, then maybe it would be categorized more precisely. But at the moment, I mean, one of the doctor's comment is -- back in '04 was "lymphoproliferative disorder," sort of a nonspecific category. Lymphoma unspecified probably would be -- I think if I put all this together, that would be where she would fit.

Page 75

Q Okay. When was her condition that you've just been describing first observed by a physician?
A Looks like in '03, surgical pathology. September 21, 2003, biopsy left groin revealed small lymph nodes with fibrosis and reactive changes. I think that's when -- yeah. September '03, it would appear to be the first entry regarding that condition.
Q Is it your opinion, to a reasonable degree of medical probability, that exposure to benzene from the refinery was a cause of her condition?
A Yes. I believe that the benzene was the factor which led to this disorder at this time.
Q In your opinion, to a reasonable degree of medical probability, are any other toxins from the refinery a cause of her condition, the condition we've been discussing?
A Well, again, it's similar to the earlier discussion about the Hodgkin's disease. There are some studies that have suggested that lymphoma not further specified increases in occurrence in people exposed to organic solvents which may or may not always include benzene.
Q Okay. Do you have an opinion, to a reasonable degree of medical probability, as to the mechanism by which benzene or metabolites cause monochrome

Page 76

gammopathies in humans? I think I asked you earlier about multiple myeloma, but I don't think I asked you about monochrome gammopathy.
A I think it has the same mechanism. There's a damage to the genetic material in the stem cells, and it leads to a disorder. I think, as I testified earlier, the damage is done to the stem cell, and then all of the cells that can arise from that stem cell can be disordered, and I think pretty well established throughout the literature that just about every possible disorder of the bone marrow has been described following benzene exposures. Obviously, some are more common than others. But you can have all sorts of different manifestations, bone marrow disorder. And the damage from this woman's disorder appears to be similar. She's got the gammopathy. She's got some lymphadenopathy. So the cells that are affected by benzene are in the same category. It's a lymphohematopoietic disorder.
Q In your opinion, to a reasonable degree of medical probability, if this woman has a lymphoma, is it more likely than not a Hodgkin's versus a non-Hodgkin's lymphoma?
A I don't have an opinion about that. I notice some of the doctors have suggested that, that it's precursor to Hodgkin's, but I don't have an opinion

Page 77

about that, whether or not it's more likely to become a Hodgkin's, full-blown Hodgkin's or a non-Hodgkin's.
Q Similarly, you do not have an opinion if she progresses to a non-Hodgkin's lymphoma, whether it is more likely that it will be a B cell versus a T cell; is that true?
A I didn't see that any attempt was made to determine whether she had a B cell- or T cell-based adenopathies. The monoclonal gammopathy would suggest she actually has two disorders, both of which are smoldering. But in terms of whether it's T or B, I don't have information about that at this point, whether she has a disorder predominantly in one type or the other.
Q What are the two disorders that you believe she has?
A Monoclonal gammopathy is a different disorder than lymphadenopathy.
Q Okay. In your opinion, to a reasonable degree of medical probability, are both of those disorders caused, in whole or in part, by benzene from the refinery?
A Yes.
Q In your opinion, to a reasonable degree of medical probability, are either or both of those

Page 78

disorders caused by any other toxin from the refinery? And here you can incorporate your earlier statement about hydrocarbons, if you wish.
A Like I said earlier, the PAHs I think, based on the known biology or pathophysiology, if you will, PAHs could increase the risk of benzene damage. I'm not aware that PAHs themselves have led to this type of disorder by themselves.
Q In your opinion, to a reasonable degree of medical probability, is Ms. Runck receiving adequate medical care?
A Yes. I think I'd make the same comment, though, that I made about the other patient: that the doctors seem to be focusing on her lymphadenopathy and gammopathy and not looking for solid tumors. So I would recommend that they add that to her surveillance or monitoring for the reasons I'd indicated earlier.
Q Okay. Do you have an opinion, to a reasonable degree of medical probability, whether any of Ms. Runck's cardiac problems were caused, in whole or in part, by toxins from the refinery?
A No opinion.
Q Same question with respect to a high cholesterol level?
A No opinion.

Page 79

Q Same question with respect to bladder infections?
A No opinion.
Q Same question with respect to irritable bowel syndrome?
A No opinion.
Q Same question with respect hiatal hernia?
A No opinion.
Q Same question with respect to pulmonary embolism?
A No opinion.
Q Same question with respect to renal stones?
A No opinion.
Q Same question with respect to pancreatitis?
A No opinion.
Q Same question with respect to hepatitis?
A No opinion.
Q Same question with respect to deep vein thrombosis?
A No opinion.
Q Same question with respect to fibromyalgia?
A No opinion.
Q Same question with respect to chronic rhinitis?
A Well, I believe that's probably been aggravated by her exposures. That is a consequence of air

Page 80

pollution with particulates and organic substances such as the organic solvents. That's probably been aggravated by her exposure to the refinery.
Q Do you have an opinion, to a reasonable degree of medical probability, whether her sleep apnea was caused, in whole or in part, by toxins from the refinery?
A Sleep apnea has been linked to organic solvent exposure. Looking for when this was first -- she's obese, which is a contributing factor to sleep apnea. So when did she have it start? That's the question. I'm going to have to look and see if I have a date when that began. I guess I don't -- I'm not going to offer an opinion today. I don't have any information about when it began.
Q Okay. Let's assume, hypothetically, that it began post age 60. If that were true, how would that affect your opinion?
A I would say that it's not as -- not likely to be related to the exposure.
Q Okay. Have you formed an opinion, to a reasonable degree of medical probability, whether Ms. Runck's depression is being appropriately treated?
A I'm looking for entries about that. See if I can find them.

Page 81

Q Take your time.
(Pause in proceedings)
THE DEPONENT: I don't know the answer to that. I don't have enough information from the records, or from history, or from what she told me in the questionnaire what they're doing to treat her psychologically at this point.
BY MR. RIFF:
Q What degree -- withdrawn.
What is the extent of her disability, if any, that in your opinion was due to her motor vehicle accident of 12/03 or -- let me withdraw that.
In your opinion, what is the extent of her disability from her motor vehicle accident that occurred three to five years ago?
MR. LUNDY: Let me just make an objection insofar that that may call for a legal conclusion or call for expertise beyond this witness' capability to give an answer. But subject to my objection, he can answer.
THE DEPONENT: I do have a notation about the accident. I'm looking for treatment that she received. And my notes, as I recall, she mentioned the accident. But -- going back to the other question about treatment for depression, she claimed that she was not depressed

Page 82

at this point in time when I interviewed her on the 14th of April.
Q Did you have any reason to disagree with her statement? In other words, did you form an opinion, to a reasonable degree of medical probability, that she was depressed?
A No.
Q Okay.
A Where is that notation? She takes Aleve for pain, but she has general body pain that she -- apparently she said that started in '04. See if I can find a date of the accident.
A I just don't have -- I just don't have any information about what consequence she had from the accident. She mentioned that she was in the accident because she fell asleep at the wheel, and that was part of her sleep apnea business. But in terms of the sequela of the accident in detail, I don't have information.
Q Okay. If Ms. Runck has arthritis. If that is true, what is your opinion, to a reasonable degree of medical probability, whether that condition was caused, in whole or in part, by toxins from the refinery?
A I don't have an opinion.
Q Same question with respect to phlebitis?

Page 83

A No opinion.
Q Same question with respect to gallbladder disease?
A No opinion.
Q In your opinion, to a reasonable degree of medical probability, does this patient have GURD?
A She'd had some GI complaints, but reflux -- she has fair amount of stomach complaint. But I don't know about GURD per se. Let's see if there are any notes by her doctor about it. I don't see any notation that would suggest she has GURD.
Q Okay. In your opinion -- withdrawn.
Assuming, for the purpose of my question, that this patient has the medical condition goiter, g-o-i-t-e-r, in your opinion, to a reasonable degree of medical probability, is that medical condition caused, in whole or in part, by toxins from the refinery?
A The goiter?
Q Yes.
A No. I don't have an opinion.
Q Did I already ask you whether you thought that the medical care she's receiving for her lymphadenopathy, and monoclonal gammopathy, and/or lymphomas is appropriate? Did I already ask you that?
A Yes.

Page 84

Q Okay. You believe it is?
A Yes.
Q Okay. In your opinion, to a reasonable degree of medical probability, is there any medical monitoring or -- we already talked about that, too.
MS. SWEENEY: Yes, you did. His answer to that, if I can just refresh everyone's memory, was that he gave the same answer as he did for Carol Lipscomb.
MR. RIFF: Right. Which basically is colonoscopy and serial CTs.
THE DEPONENT: Right.
BY MR. RIFF:
Q Let's assume -- withdrawn.
With respect to the disease, Hodgkin's disease in humans -- withdrawn.
With respect to the class of diseases called non-Hodgkin's lymphoma in humans, do you have an opinion, to a reasonable degree of medical probability, concerning the lowest cumulative exposure to benzene expressed in part per million years that is associated in epidemiological studies with a statistically significant increase above background?
A For non-Hodgkin's lymphoma?
Q Yes.
A I'd have to look it up and see if there is such

Page 85

a ppm year level in any of the epidemiological studies. I know there is in probably the best epidemiological study, which is the Chinese worker studies, that there is a statistically significant increase in the occurrence of non-Hodgkin's lymphoma in the benzene-exposed workers. But I don't think they calculated a ppm year level at which it occurred. They have simply documented that the people were exposed by careful monitoring. My recollection is, however, that -- I'd have to look in the papers to see whether or not -- I think their lowest category in that particular study, the large scare epi study, they put people in groups of under 10 ppm years, I think it is. It's not ppm years. It's under 10 ppm. That's right. They don't use the metric of ppm years. They simply say that they were consistently exposed below 10 parts per million or above, some above 30 parts per million. But it doesn't give any duration. So that particular metric wasn't used in that particular study. And as I recall, the ppm -- the amount in terms of the workroom air that they were exposed to was under 10 parts per million.
Then there's recent study by Lan, et al. that talked about individuals below one part per million; again, not with a duration, but just that their exposures were consistently below that, showing the

Page 86

changes in the DNA in the stem cells that would be predictive of developing a lymphohematopoietic tumor, which then dovetails with the environmental studies that I alluded to earlier that are finding genetic changes in the parts per billion range, ranging from say 20 to 50 parts per billion in the environment; again, not with the duration and not with a specific disease state such as non-Hodgkin's lymphoma but, nevertheless, showing that the very low level exposures are having an adverse effect on the DNA, which in my opinion, and I think the opinion of many others, is a predictor of subsequent development of diseases such as non-Hodgkin's lymphoma.
Q The only problem I have with your answer is you're testifying to what other people think. So I'm going to move to just strike that one clause from your answer about what other people also think.
I want to see if I have that Lam reference. Lam, is that --
A L-a-n. 2000. I've got a copy over here.
Q I've got it. Well, the one cited in your appendix is Lan, "Hematotoxicity in Workers Exposed to Low Levels of Benzene." Science 2004. Okay. Let me just see if I know this article.
(Pause in proceedings)
///

BY MR. RIFF:
Q This is the article we might have been discussing earlier where Smith reported certain genetic lesions in benzene-exposed workers?
A This does have that aspect, yes. There are some susceptibility studies that were part of this publication.
Q Is this the study that you were earlier telling me you thought is where Martyn Smith made the scientific link between those genetic lesions in benzene-exposed workers and the subsequent manifestation of hematopoietic malignancy?
A No. I don't think -- Martyn Smith is one of the authors on this paper. This paper does make that point. But I was thinking of some other places where he wrote that.
Q All right.
A Where he was the first author.
Q Let me return that to you. Thank you. I hope your memory is better than mine, and maybe counsel can help me out here. Earlier in the deposition today I think I asked you a question about the cumulative dose expressed in ppm years that has been demonstrated in epidemiological studies to have resulted in a statistically significant increase for Hodgkin's



disease. Question I just asked you about a minute ago was non-Hodgkin's. I think I earlier asked you about Hodgkin's.
A With the other patient about Hodgkin's.
Q Then I'm not going to ask it again. All right. Now, with respect to Ms. Runck and if we account for your report in Exhibit 5, your supplemental report in Exhibit 6, and your answers to my questions this morning, have we captured the gist of the opinions you've reached with Ms. Runck?
A We didn't talk about my point in my report where I felt that this patient had multiple symptoms and multiple organs disease dating back to childhood. This poor lady has been kind of a sickly person all her life, as some of the others are, too. As a result of her poor health going back to her childhood, she couldn't keep up with other kids. She was a nervous, high-strung child. She was shy. She was tired all the time. She had no energy. She's been a person who, in my opinion, was suffering from chronic low-level exposure to the chemicals from the refinery which impaired her body in a general way, interfering with her functionality and energy levels throughout her life. I mean, it's -- she has a variety of specific diagnoses one could possibly make and her doctors have made through the years. But I



don't think that any one of those explains the whole story of this person.
Q Where -- can you refer me to a page of your report?
A Page 2, paragraph 4.
Q Just check something in there, if I can find it.
(Pause in proceedings)
BY MR. RIFF:
Q I'll ask you a question, too, about that in just a second.
(Pause in proceedings)
BY MR. RIFF:
Q Well, Dr. Dahlgren, in your opinion, to a reasonable degree of medical probability, what childhood medical conditions or adverse health effects did Ms. Runck suffer which in your opinion were caused or contributed to by toxins from the refinery?
A Chronic fatigue, chronic problems with her stomach with bloating and pain. I think those would be the two diagnoses that I can articulate based on her description to me of how she did as a child. She moved to Cleves -- I'm sorry -- Hooven at age two. So, obviously, she didn't know what her health was like then. But as early as she can remember she was always a



child who just didn't have any energy, didn't feel good, and didn't interact well with people, was very shy and retiring, and had these chronic GI problems where she describes starting also in childhood. Those are the two things I can put my finger on.
Q Okay. Have you read Ms. Runck's deposition?
A No.
Q Have you read the deposition of the other three patients?
A No.
Q Other than interviewing Ms. Runck about Ms. Runck, have you interviewed any other person about Ms. Runck?
A No. I've looked at her records and then did my interview with her.
Q Okay. Other than your interview with the other three patients, have you interviewed any other person concerning the other three patients?
A No.
Q Are you making the diagnosis in Ms. Runck to a reasonable degree of medical probability that she had a condition in childhood called chronic fatigue?
A That's the way I would describe it, yes. That's what she described -- no energy, didn't participate in activities other children did -- which

would I think best be labeled chronic fatigue.
Q What is the differential in your opinion, to a reasonable degree of medical probability, of chronic fatigue in children?
A Well, that it's very rare in children to have that sort of a disorder. You're talking about chronic fatigue syndrome. There's no -- usually, it's in adults and usually there's no known cause. It's, quote, etiopathic. But in her case I believe it's due to the chemical exposure and, therefore, is not etiopathic.
Q Can you explain to me biologically or medically, toxicologically how toxins from the refinery, in your opinion, to a reasonable degree of medical probability, induced chronic fatigue in Ms. Runck as a child?
A By depressing the nervous system, which is one of the major effects of organic solvents. Her description was that as early as she can remember, when the refinery was operating, when she was a young child, there were strong odors there that were very strong, as she put it. And she said at night, when this air was still, she couldn't breathe because of the strength of the odors. So she was, in my interpretation of that, she was describing exposure to the vapors coming from the plant. It may have included some reduced sulfur



compounds, but she did not describe the rotten egg odor. She said it was a chemical petroleum odor. But, nevertheless, the key thing here was that it induced symptoms. Inducing symptoms means that the level of exposure is affecting the physiology or the pathophysiology of the person. And the most sensitive organ to that sort of exposure is the nervous system; mainly, the central nervous system. She has signs and symptoms of peripheral nerve symptom dysfunction today, when I examined her. They've never really been worked up properly. She had decreased -- bilateral decrease in ankle jerks, decreased pinprick, a patchy distribution compatible with some residual peripheral neuropathy. I don't believe there was any other factor in her history or medical records that would explain that other than the exposure to the neurotoxic agents from the refinery that she experienced.
Q In your opinion, to a reasonable degree of medical probability, does Ms. Runck have peripheral neuropathy?
A Yes.
Q Does she have any peripheral neuropathic signs or symptoms in her upper extremities?
A Yes. Decreased pinprick in her right arm, as I recall. Then, symptomatically, she describes chronic



diffuse pain which is compatible with in her case probably diagnostic of peripheral nerve problems.
Q Where was the reduced pinprick sensation on her right arm?
A I didn't describe it other than it was on the right arm. I didn't give the parameters.
Q What's your custom and practice with respect to how you test that in a patient?
A I have a little pin that I use. We use a new pin for each patient, and we basically touch the skin and ask them if it feels sharp like a pin. Most people say, "Yes, it does." In other areas, by the way, she did respond to the sharp. But in certain areas she couldn't describe it as being sharp pin-like. It was a dull feeling. This is probably the most simple and widely used test of peripheral sensation that I use and most internists would use. Neurologists would go into more detail with different kinds of stimuli other than just a pinprick. But this is a screening technique, and it's really quite reliable actually when you compare it to other more detailed studies. If someone is actually describing they can't feel the pinprick, that means there is something wrong with the peripheral nervous system, by definition peripheral neuropathy. When it's in a patchy distribution involving both upper and lower



extremity, it is consistent with an old and partially healed peripheral neuropathy which is consistent with my diagnosis.
Q Okay. Have any of her physicians, to your knowledge, diagnosed her with a peripheral neuropathy?
A No. I think I said that already. I didn't see a mention of any of that type of testing or concern by any of her doctors.
Q Is this patient diabetic?
A Well, I was looking to see. That would obviously explain the peripheral neuropathy, but I don't see the diagnosis of diabetes in her case. As far as I know, from what she told me and what is in the records -- I'll double-check one more place. No. There's no indication in any of the documents that she has diabetes.
Q We'll break for lunch very soon. I'm almost done here with this patient.
In your opinion, to a reasonable degree of medical probability, what is the dose of hydrocarbon expressed in milligram per kilogram of body weight that induces central nervous system depression in children leading to what one could call fatigue or chronic fatigue?
A Well, let's just -- we don't know all of the

Page 95

constituents that might have been coming out of that refinery, but we do have some reason to believe gasoline vapor would be one of them. Dr. Drinker, in 1945, '42, one of those years, published a study on what level of gasoline vapor it takes to create symptoms of irritation or central nervous system depression. And the levels were pretty high. The lowest level he used was 0.01 percent. The level that consistently brought on symptoms was higher than that, because not everybody at that lower percent of vapor -- this was a vapor chamber study where he was trying to figure out what level gasoline vapor it took to cause symptoms. Reliably, it takes about two-tenths of a percent in the vapor which is hundreds of parts per million.
Q Two-tenths of a percent?
A Yeah.
Q 2000 parts per million?
A Yeah. It's quite high. And these were adults, and they were in a chamber and they were there for a few hours, and they would write down their symptoms of what they experienced. If we use the fact that she got this inability to breathe, we can say that it was very high exposure, and probably in the hundreds, maybe, parts per million because being a child, and having chronic exposure and not just for a few hours; the longer the

Page 96

exposure, the lower the dose it takes to get the symptoms.
The other thing, if you smell gasoline, and I'm assuming again at gasoline was at least one of the constituents. And probably given what they were making there, which is gasoline I understand, gasoline vapor would be a likely thing that she smelled. The odor threshold for gasoline is said to be 10 parts per million. If she was smelling something from the refinery, it was most likely well above that level. And those, those levels are sufficient to cause CNS depression and cause someone to feel headache, and lightheaded, and dizzy, and all the other stuff. So going by symptoms and then knowing what the symptoms and the odor threshold would be of the constituent or chemical in question, we can then extrapolate what the dose would be. And those doses would be more than sufficient to cause the central nervous system effects and chronic fatigue.
Q The information you have about chronic fatigue as a child came from your interview of Ms. Runck?
A Yes.
Q Did you see any corroboration of that in any medical record?
A No. There's nothing about her childhood in any

Page 97

of the medical records that I saw.
Q Did you seek to evaluate the question whether her chronic fatigue as a child -- withdrawn.
Did there come a time in her life when she stopped suffering from chronic fatigue?
A Well, no. I mean, what she had said is that she still feels fatigued. Let's see, on the question of extreme fatigue, judging from 1 to 11 in her self-administered questionnaire, she rated herself as a 10 which is that it's almost constantly present. Eleven would be constant. So apparently she has brief periods now and then when she's not suffering from extreme fatigue. But up to the present time, she is.
Q Did you undertake any analysis with her or otherwise to see if her symptoms of chronic fatigue varied as a function of the distance she lived from the refinery?
A No. She wasn't really able to give me that kind of detail. I mean, after all, she's 75 years old.
Q Okay. Now, just before we break, would you describe for me, please, the mechanism, in your opinion, to a reasonable degree of medical probability, by which Ms. Runck's stomach bloating and pain as a child was caused by refinery toxins?
A Well, it's the same mechanism as the nervous

Page 98

system. It's autonomic nervous system dysfunction. The gut is under the control of the autonomic nervous system. And the autonomic nervous system is exquisitely sensitive to toxic effects and tracks with the central nervous system. It's most well recognized and studied in diabetics. Diabetics, frequently, when they get autonomic neuropathy, they develop bloating and stomach discomfort, which is the mechanism that I believe operates with this lady.
Q Okay. Now, with this additional discussion we've just had and accounting for your report on Ms. Runck, Exhibit 5, your supplemental report Exhibit 6, and our discussion today, have we now accounted for the gist of all of your opinions with Ms. Runck?
A Yes.
MR. RIFF: Okay. Let's go off the record and take a lunch break.
(Lunch Recess was taken)
BY MR. RIFF:
Q So we now turn to Michelle Schrader. Do you have an opinion, to a reasonable degree of medical probability, whether or not Ms. Schrader is cured from her AML or cured of her AML?
(Pause in proceedings)