# EXHIBIT 6

## AFFIDAVIT OF

## JAMES G. DAHLGREN, M.D.

# PART 2

**Table 4** - Types of leukaemias and lymphomas from benzene exposure in humans

Acute myelogenous leukaemia
Acute lymphocytic leukaemia
Acute erythroleukaemic leukaemia
Acute myelomonocytic leukaemia
Acute promyelocytic leukaemia
Acute undifferentiated leukaemia
Chronic myelogenous leukaemia
Chronic lymphocytic leukaemia
Hairy cell leukaemia
Hodgkin's lymphoma
Non-Hodgkin's lymphoma
Lymphosarcoma
Multiple myeloma
Reticulum cell sarcoma

From: Aksoy[58]; Bond *et al*[53]; Decouflé *et al*[59]; Delore *et al*[20]; Goguel *et al*[60]; Goldstein[61]; Infante *et al*[50,62]; McMichael *et al*[63-67]; Rinsky *et al*[68]; Schwartz[69]; Travis *et al*[70]; Vianna and Polan[71]; Vigliani *et al*[72-73]; Wong[74]; Yin *et al*[75-79]

Further, Dr. Mehlman has a table 5 in his paper

**Table 5** - Excess human cancers in benzene workers

| | | |
|---|---|---|
| Leukaemia | Stomach | Kidney |
| Lung | Oesophagus | Urothelium |
| Liver | Nasopharynx | |
| Lymphosarcoma | Intestine (colon) | |

*From:* Adelstein[80]; Berger and Manz[81]; Bond *et al*[82]; Brown *et al*[83]; Brownson *et al*[84]; Creppi *et al*[85]; Delahunt *et al*[86]; Goldberg *et al*[87]; Greene *et al*[88]; Hanis *et al*[89-92]; Lagorio *et al*[93]; Lundberg and Milatou-Smith[94]; Miller *et al*[95]; Partenen *et al*[96]; Schnatter *et al*[97]; Thomas *et al*[98]; Yin *et al*[75]

13. In an earlier paper in 2004, Mehlman addresses the issue of dose and highlights that due to individual susceptibility very low exposures at times cause very serious illnesses. Here is table 7 from that 2004 paper that illustrates the low level of exposure in some cases that cause cancer. It illustrates the issue of individual susceptibility. These findings along with other data serve as a basis for urging the reduction of benzene exposure to the lowest feasible level.:

Table 10 - Deaths from leukaemia and multiple myeloma in workers exposed to benzene*

| Case | Cancers | ppm-years | Duration of exposure |
|---|---|---|---|
| 1 | Monocytic leukaemia | 49.90 | 1.5 years |
| 2 | Chronic myelogenous leukaemia | 0.10 | 30 days |
| 8 | Myelogenous leukaemia | 30.16 | 1.5 years |
| 10 | Multiple myeloma | 19.50 | 1.5 years |
| 11 | Multiple myeloma | 0.11 | 4 days |
| 13 | Multiple myeloma | 7.75 | 9 months |

*From Rinsky et al[1]

He notes that the very prestigious and respected independent, academic organization, Collegium Ramazzini called for the reduction of benzene to the lowest possible levels due to the extreme toxicity of this chemical. He quotes Hayes 1997 and Glass 2000 as showing in recent studies that reported lymphohematopoetic cancers in adult workers had occurred at extremely low doses. It is clear from these studies that the acceptable level of benzene exposure is far below the Chevron supposed "threshold" of 40 PPM-Years. This Chevron proposed threshold does not fit with the facts that I have included in the prior reports and in

this affadavit. Dr. Mehlman unlike Dr. Garabrant, cites the reasons for concluding that the studies that do not show an adverse effect from benzene exposure have shortcomings that make them unsuitable for consideration. Dr. Myron Mehlman uses the standard scientific method, i.e. "weight of the evidence". Dr. Bradford Hill's famous paper recommends that one look at all the evidence. Dr. Mehlman concludes the dozens of excellent studies when analyzed together causes a respected scientist like him to reach his conclusion. Dr. Hill specifically says the one should not be influenced one way or the other by the statistical significance at the 5% level. Dr. Hill says use judgment, look at all the data. Dr. Hill concludes his famous paper by saying, ask yourself, is there any other way to explain the facts in front of me. Dr. Mehlman goes through the Hill points of importance to determine causation and concludes that based on the weight of the evidence there is no doubt that benzene causes cancer in multiple organs at very low doses[17]. Dr. Mehlman states unequivocally that the only safe level for benzene exposure is zero, similar to API in 1948.

14. A Pennsylvania health department study documents that low doses of benzene from a community, like Hooven, exposure to gasoline containing benzene causes an excess of cancer. The exposure arose from a gasoline spill in Hazel Township and Hazelton, Pennsylvania. Dr. Patel and colleagues from the Pennsylvania Health Department reported that Hooven is not alone in experiencing an excess of cancer from gasoline vapor. There was a 4.40 fold increase in leukemia in the gasoline affected area. Benzene air levels ranged from < 8.3 ug/m3 to 140 ug/m3 (0.043 PPM). The average exposure was 0.03 PPM-Years. This study joins an increasingly clear picture with the studies quoted in my prior reports that low level benzene from

community exposure causes cancer. I cited studies of children near benzene sources getting cancer. I reported children living or policemen working near traffic get DNA damage. The report from Patel is consistent with that data.

15. Infante performed a meta analysis of Multiple Myeloma and benzene exposure in 2006[18]. He pooled the data from seven cohort studies including refinery worker studies but rejected one of the refinery worker studies by Sorahan because it had a large number of the cancers in an unclassified group which did not allow conclusions. Here is table 5 where he gives the relative risk from the seven studies:

**TABLE 5. Summary of estimates of relative risk of myeloma identified in benzene cohort studies selected for inclusion in analysis by author and year of publication**

| Estimates of risk of multiple myeloma | | | | | |
|---|---|---|---|---|---|
| Authors | Year | Obs | Exp | SMR | 95% CI |
| DeCoufle *et al.* | 1983 | 1 | 0.23 | 4.35 | (0.1–24.2) |
| Rinsky *et al.* | 1987 | 4 | 0.98 | 4.09 | (1.1–10.5) |
| Wong | 1987 | 2 | 0.56 | 3.57 | (0.4–12.9) |
| Fu *et al.* (Florence) | 1996 | 3 | 1.04 | 2.88 | (0.6–8.4) |
| Yin *et al.*† | 1996 | 1 | 2.50 | 0.40 | (0.1–10.7) |
| Collins *et al.* | 2003 | 8 | 4.20 | 1.90 | (0.8–3.8) |
| Bloemen *et al.* | 2004 | 3 | 4.16 | 0.72 | (0.2–2.1) |
| All studies combined | | | | | |
| Overall pooled added numbers | | 22 | 13.67 | 1.61 | (1.01–2.44) |
| Weighted (Poisson) RR* | | | | 2.13 | (1.31–3.46) |

Obs = observed; Exp = expected.

†Yin *et al.* calculated relative risks based on incidence rates (the others used SMRs) increasing the estimated standard errors.

*For the weighted estimate, all individual study weights were derived from standard errors calculated assuming a Poisson distribution (http:home.clara.net/sisa/smr.htm.). Pooled weighted ln RR and RR estimates and confidence limits were derived using standard methods for meta-analysis, fixed effects model ($X^2$ test of homogeneity, $P > 0.05$).[39,40]

Showing as did Dr. Mehlman, Dr. Infante gave reasons for using the studies and for not using the various studies. Infante's analysis is a solid scientific effort and should put to rest the issue of whether or not benzene in petroleum products causes Multiple Myeloma.

16. Dr. Martyn T. Smith and colleagues wrote a review paper in 2007 addressing the issue of non-Hodgkin's lymphoma causation from benzene exposure. As with Dr. Infante's article the issue of NHL being caused by benzene should be put to rest. They looked at 43 case control studies with NHL outcomes and found elevated risk in 93% of them. Fifty three percent (53%) the studies that showed elevated risk that was statistically significant at the 5% level. Dr. Smith also looked at 26 studies of petroleum refinery workers. In 88% of these studies the rate of lymphoma was higher than all other neoplasms. As noted above the refinery worker studies did not consider the healthy worker effect and thus were weaker than other studies. Numerous studies have found increased lymphoma in mice. The Martyn T. Smith study noted further that benzene is an alkylating agent and thus is similar to chemotherapy drugs which cause lymphoma. The mechanisms by which benzene causes lymphoma are immunotoxicity and/or induction of DNA damage. The authors conclude that benzene does cause NHL[19]. Here is a table from that paper:

**Table 1. Case control studies of NHL with benzene exposure**

| Author | Date | Study design | Findings | Comments |
|---|---|---|---|---|
| Bernard et al. | 1984 | Population-based, Yorkshire | RR, 4.21 (0.54-32.79) | NHL, men employed in the petroleum industry |
| | | | RR, 0.49 (0.21-2.30) | NHL, men who reported benzene use |
| Blair et al. | 1993 | Population-based, Iowa and Minnesota | OR, 1.1 (0.8-1.4) | NHL, exposure to low intensities of benzene |
| | | | OR, 1.5 (0.7-3.1) | NHL having had exposure to higher intensities of benzene |
| | | | OR, 1.9 (0.7-5.3) | Follicular NHL and exposure to higher intensities of benzene |
| | | | OR, 1.8 (0.6-5.4) | Diffuse NHL and exposure to higher intensities of benzene |
| | | | OR, 1.6 (0.5-5.6) | NHL, employment in petroleum refining industry |
| | | | OR, 1.1 (0.9-1.4) | NHL, potential exposure to benzene |
| Costantini et al. | 2001 | Population-based, Italy | N/A | No elevated odds ratios for job titles associated with benzene |
| Dryver et al. | 2004 | Registry-based, Sweden | OR, 1.45 (1.13-1.86) | NHL, job-related exposures to aromatic hydrocarbons |
| | | | OR, 1.92 (1.23-3.09) | NHL, exposure to gasoline for >5 y |
| Fabbro-PeRRay et al | 2001 | Population-based, France | OR, 2.0 (1.1-3.9) | NHL, benzene exposure compared with no exposure |
| | | | OR, 2.3 (1.1-4.8) | NHL, benzene exposure >10 y ago compared with no exposure |
| | | | OR, 2.4 (0.9-5.9) | NHL, benzene exposure duration >15 y; trend with duration |
| | | | OR, 5.7 (1.4-23.2) | NHL, cumulatively exposed >810 d compared with never exposed |
| | | | OR, 1.7 (0.4-6.5) | NHL, exposed <810 d compared with never exposed |
| Franceschi et al | 1989 | Hospital-based, Italy | RR, 1.14 (0.57-2.28) | NHL, exposure to benzene |
| | | | RR, 1.83 (0.87-3.84) | NHL, petroleum workers |
| Fritsch and Siemiatycki | 1996 | Population-based, Montreal | OR, 0.7 (0.4-1.1) | NHL, nonsubstantial benzene exposure (some opportunity for exposure) |
| | | | OR, 0.8 (0.3-2.1) | NHL, substantial benzene exposure (probable or definite exposure for 5+ y at high frequency) |
| Fritschi et al. | 2005 | Population-based, Australia | OR, 1.06 (0.73-1.55) | NHL, exposed to benzene compared with nonexposed |
| | | | OR, 1.19 (0.81-1.74) | NHL, nonsubstantial benzene exposure (some opportunity for exposure) |
| | | | OR, 0.31 (0.06-1.52) | NHL, substantial benzene exposure (probable or definite exposure for 5+ y at high frequency) |
| | | | OR, 1.45 (0.92-2.28) | NHL, substantial exposure to any solvent; trend with exposure level |
| Gerin et al. | 1998 | Population-based, Montreal | OR, 0.8 (0.4-1.0) | NHL, men with low occupational exposures to benzene (service station attendants, mechanics and machinists), compared with unexposed |
| | | | OR, 0.5 (0.4-1.6) | NHL, men with medium/high occupational exposures to benzene (paint mixers, rubber workers, chemists, and leather and shoe makers), compared with unexposed |
| Glass et al. | 2003 | Petroleum workers | OR ~ 1 | NHL/MM for all cumulative lifetime benzene exposure groups; elevated leukemia risk observed |
| Greenland et al | 1994 | Transformer manufacturing | OR, 1.0 (0.22-1.53) | Lymphoma among white males with direct benzene exposure employed before 1984, with mortality 1969-1984 reported to the pension office (i.e., vested employees) |
| Hardell et al. | 1981 | Hospital-based, Umea | RR, 4.5 (1.9-11.5) | NHL, high-grade exposures to benzene, styrene, perchloroethylene or TCE (continuously for 1+ wk, or repeatedly for brief durations, 1+ mo); cases reported 1974-1978 |
| Hardell et al. | 1994 | Hospital-based, Umea | OR, 2.8 (1.8-7.80) | NHL, exposed to benzene |
| | | | OR, 2.8 (1.6-5.6) | NHL, high grade exposure to organic solvents |
| | | | OR, 1.8 (0.8-3.8) | NHL, low-grade exposures to organic solvents |
| Kato et al | 2005 | Population-based, New York | OR, 1.52 (0.40-5.70) | NHL, occupational exposure to benzene |
| | | | OR, 1.43 (1.06-2.03) | NHL, home and occupational exposure to paint thinner or turpentine |

**Table 1. Case control studies of NHL with benzene exposure (Cont'd)**

| Author | Date | Study design | Findings | Comments |
|---|---|---|---|---|
| Mao et al. | 2000 | Population-based, Canada | OR, 1.2 (0.8-1.9) | NHL, men exposed to benzene |
| | | | OR, 0.6 (0.2-1.8) | NHL, women exposed to benzene |
| Miligi et al. | 2006 | Population-based, Italy | OR, 1.6 (1.0-2.4) | NHL, medium/high occupational benzene exposure compared with no exposure |
| | | | OR, 1.2 (0.7-2.0) | NHL, medium/high occupational benzene exposure for ≤15 y |
| | | | OR, 2.9 (0.9-9.0) | NHL, medium/high occupational benzene exposure for >15 y |
| | | | OR, 2.4 (1.3-4.5) | Diffuse NHL, medium/high occupational benzene exposure |
| Ott et al. | 1989 | Chemical workers | OR, 1.0 | NHL, men ever/never exposed to benzene and ever employed 1940-1978, followed to 1978 |
| | | | OR, 1.6 | NHL, benzene exposure 5+ y |
| | | | OR, 3.2 | NHL, foremen and maintenance/construction workers ever/never exposed to benzene |
| | | | OR, 5.2 | NHL, instrument men in the maintenance/construction group ever/never exposed to benzene |
| Persson and Fredrikson | 1999 | Hospital-based, Sweden | OR, 0.8 (0.1-3.8) | NHL (B-cell origin), benzene exposure; two studies pooled: (a) diagnosed 1964-1986, alive 1986; (b) diagnosed 1975-1984, alive early 1990s |
| | | | OR, 2.6 (1.3-4.7) | NHL, exposed to white spirits |
| Scherr et al. | 1992 | Population-based, Boston | RR, 1.2 (0.5-2.6) | NHL, benzene exposure |
| | | | RR, 1.0 (0.6-1.7) | NHL, gasoline/kerosene exposure |
| Schnatter et al. | 1996 | Petroleum workers | OR, 5.85 (0.3-35.1) | NHL, benzene exposure 0.50-0.99 ppm at some point during career 1964-1983 |
| | | | OR, 0.54 (0.01-5.91) | NHL, benzene exposure >1 ppm, one case |
| | | | OR, 1.44 (0.17-20) | NHL, benzene exposure 0.57.99 ppm-y, 5-y lag |
| Wilcosky et al. | 1984 | Rubber workers | OR, 3.2 | Lymphoreticulosarcoma, benzene exposed men ages 40-84 y, followed 1964-1974 |
| | | | OR, 1.2 | Lymphoreticulosarcoma, gasoline exposed men |
| | | | OR, 2.8 | Lymphatic leukemia, benzene exposed men |
| | | | OR, 4.3 | Lymphatic leukemia, benzene exposed men |
| Xu et al. | 2003 | Hospital-based, Sichuan | OR, 2.78 | Malignant lymphoma and exposure to benzene |

NOTE. Data in parentheses are 95% CIs.

**Table 2. Cohort studies in the petroleum refining industry with non-Hodgkin lymphoma outcomes**

| Author | Date | All causes | All neoplasms | Findings | Comments |
|---|---|---|---|---|---|
| Bisby et al. | 1993 | | SMR, 80 (70-102) | SMR, 150 (70-280) | Lymphohematopoietic cancer mortality among male refinery employees, Health Watch cohort |
| | | | SIR, 100 (80-125) | SIR, 130 (70-220) | Lymphohematopoietic cancer incidence among male refinery employees |
| | | SMR, 64 (67-71) | SMR, 80 (70-100) | SMR, 100 (40-210) | NHL mortality, Health Watch cohort |
| | | | SIR, 96 (85-108) | SIR, 130 (70-220) | NHL incidence, Health Watch cohort |
| Bisby and Adams | 1995 | | SIR, 102 (90-113) | SIR, 130 (80-200) | NHL incidence, men employed 5+ y |
| | | | SMR, 80 (70-90) | SMR, 90 (40-160) | NHL mortality, men employed 5+ y |
| | | | | SIR, 140 (30-410) | Lymphoid leukemia, men employed 5+ y |
| Christie et al. | 1991 | | SIR, 99 (84-116) | SIR, 170 (80-310) | NHL among those employed 5+ y, cancer incidence followed 1981-1989, Health Watch cohort |
| | | | | SIR, 290 (80-730) | Lymphoid leukemia, men employed 5+ y |
| Collingwood et al. | 1996 | | SMR, 96 (86-106) | SMR, 132 (74-217) | NHL among those employed >1 y 1946-1987, followed to 1987 |
| | | | | SMR, 209 (104-371) | Other lymphatic tissue cancers among white men employed >30 y |
| Consonni et al. | 1999 | | SMR, 96 (80-114) | SMR, 212 (68-495) | NHL among men employed >1 d 1949-1982, followed to 1991 |
| | | | | SMR, 263 (57-827) | Lymphoma, men employed 15+ y, lagged 10 y |
| | | | | SMR, 402 (109-1029) | Lymphoma, men 30+ y since first employed |
| Dagg et al. | 1992 | SMR, 73 (71-76) | SMR, 81 (75-87) | SMR, 106 (63-167) | Lymphoreticulosarcoma in men who worked 1+ y at the Richmond or El Segundo refineries and 1+ d 1950-1986, followed 1986 |
| | | | SMR, 69 (50-94) | SMR, 166 (34-485) | Lymphoreticulosarcoma in men 10-19 y after hire at Richmond |
| | | | SMR, 77 (50-113) | SMR, 198 (24-714) | Lymphoreticulosarcoma in men 10-19 y after hire at El Segundo |
| | | | | | Trend with employment duration for all lymphohematopoietic cancers |
| | | | | | No significant elevation of leukemia mortality |
| Divine and Barron | 1986 | SMR, 77 (73-80) | SMR, 75 (68-82) | SMR, 106 (56-198) | Lymphosarcoma among white men employed as operators >1 y, and employed at the Texaco refinery for 5+ y, and 1+ d 1947-1977; no elevation among maintenance or laboratory workers |
| | | | | SMR, 132 (75-214) | Other lymphatic tissue cancers among white men employed as operators >1 y; similar elevation among maintenance workers |
| Huebner et al. | 2000 | | SIR, 97 (90-105) | SIR, 106 (67-161) | NHL, white and black men employed 1+ mo 1979-1982 and 1+ d 1979-1992 at a Baton Rouge refinery and chemical plant, compared with S. Louisiana |
| | | | SIR, 103 (93-111) | SIR, 127 (65-218) | NHL, men employed 20-39 y; no NHL among those employed <20 y |
| | | | | SIR, 195 (78-402) | Other named variants of NHL |
| | | | | SIR, 160 (51-373) | Nodular or follicular lymphoma |
| | | | | SIR, 122 (40-285) | Chronic lymphocytic leukemia |
| Huebner et al. | 2004 | SMR, 76 (73-80) | SMR, 84 (77-91) | SMR, 147 (98-211) | NHL, male employees at Baton Rouge |
| | | SMR, 74 (70-78) | SMR, 80 (73-33) | SMR, 84 (47-139) | NHL, male employees at Baytown |
| | | | | SMR, 232 (116-415) | Chronic lymphocytic leukemia among men employed at Baton Rouge refinery and petrochemical plant 1+ mo 1970-1982, followed to 1997 |
| | | | | SMR, 129 (40-287) | Chronic lymphocytic leukemia among men employed at Baytown |
| Jarvholm et al. | 1997 | | SIR, 90 (60-130) | SIR, 120 (20-370) | Lymphoma in male refinery operators exposed to petroleum only after 1956; significant excess of leukemia |
| Kaplan | 1986 | SMR, 78 (76-81) | SMR, 87 (81-93) | SMR, 90 (51-146) | Lymphoreticulosarcoma in male employees at a number of U.S. refineries, followed to 1980 |
| | | | | SMR, 131 (89-188) | Other lymphatic tissue cancers in men |
| | | | | | No excess leukemia mortality |
| Lewis et al. | 2000 | SMR, 77 (74-79) | SMR, 87 (82-93) | SMR, 114 (61-196) | Lymphoreticulosarcoma in men employed 1+ mo at Baton Rouge, Baytown or Bayway refineries and petrochemical plants 1970-1982; followed 1992 |
| | | | | SMR, 110 (80-147) | Other lymphatic tissue cancers in men |

**Table 2 Cohort studies in the petroleum refining industry with non-Hodgkin lymphoma outcomes (Cont'd)**

| Author | Date | All causes | All neoplasms | Findings | Comments |
|---|---|---|---|---|---|
| Marsh et al. | 1991 | | SMR, 102 | SMR, 81[illegible] | Lymphoreticulosarcoma among men employed 30+ y at Deer Park refinery and chemical plant, and 3+ mo 1948-1972, followed to 1985, compared with county of residence |
| | | SMR, 78 | SMR, 80 | SMR, 189 | Lymphoreticulosarcoma among men employed in the refinery, compared with county of residence |
| | | | | | Trend in Lymphoreticulosarcoma and leukemia with employment duration; No elevated leukemia |
| McCraw et al. | 1985 | SMR, 76 (71-83) | SMR, 91 (77-106) | SMR, 0 (<130) | Lymphoreticulosarcoma in men employed at an Illinois refinery 1+ d 1973-1982, followed to 1983 |
| | | | | SMR, 126 (46-274) | Other lymphatic tissue cancers in men employed 1+ d 1973-1982, followed 1983 |
| Kaplan et al. | 1988 | SMR, 82 (78-86) | SMR, 92 (84-100) | SMR, 105 (48-199) | Lymphoreticulosarcoma among men and women employed at Mobil's Beaumont refinery 1+ y 1945-1987, followed to 1987 |
| | | | | SMR, 140 (88-211) | NHL, men |
| | | | | SMR, 158 (101-235) | Other lymphatic tissue cancers, men and women |
| | | | | SMR, 233 (139-368) | Other lymphatic tissue cancers among maintenance craft workers; trend inverse to employment duration |
| | | | | | Leukemia mortality elevated in maintenance craft workers |
| Rushton and Alderson | 1981 | O/E, 0.84 | O/E, 0.88 | O/E, 1.16 | Lymphosarcoma mortality, men employed continuously 1+ y 1950-1975 at any of eight British refineries |
| | | | | O/E, 0.24 | Reticulosarcoma mortality |
| Rushton and Alderson | 1983 | O/E, 0.85 | O/E, 0.87 | O/E, 0.87 | Lymphosarcoma mortality, men employed in oil distribution system for 1+ y 1950-1975, followed to 1975 |
| | | | | O/E, 1.65 | Other lymphatic tissue cancers |
| Schnatter et al. | 1992 | SMR, 91 (86-95) | SMR, 90 (81-99) | SMR, 127 (66-215) | NHL, active or living retirees as of 1964, employed 1+ y 1964-1983 as refinery workers with a Canadian petroleum company |
| | | | | SMR, 244 (89-531) | Reticulosarcoma mortality among refinery workers |
| | | | | SMR, 222 (56-1238) | NHL, male workers in all company segments employed <4 y, 10-y latency; 1 case |
| Shallenberger et al. | 1992 | SMR, 89 | SMR, 98 | SMR, 129 | Lymphoreticulosarcoma among those employed 1+ mo 1970-1982 at Baton Rouge, Baytown and Bayway refineries and chemical plants, followed to 1982 |
| | | | | SMR, 116 | Other lymphatic tissue cancers |
| Thomas et al. | 1982 | PMR, 100 | PMR, 119 | PMR, 132 | NHL, male deceased and retired union members 1943-1979 employed at three refineries in the Beaumont/Port Arthur area of Texas; elevated leukemia mortality |
| | | | | PMR, 157 | NHL, retired white male union members 1943-1979 |
| | | | | PMR, 137 | NHL, white male union members actively employed at time of death 1943-1979 |
| | | | | | Leukemia mortality significantly elevated |
| Tsai et al. | 1983 | SMR, 58 (40-81) | SMR, 87 (42-160) | SMR, 0 | All lymphopoietic cancers among men ever employed 1952-1978 on benzene units at a Texas refinery; 0 cases observed, 1.12 expected |
| Tsai et al. | 1992 | SMR, 116 (91-146) | SMR, 109 (106-113) | SMR, 124 (35-340) | Morbidity, all lymphopoietic cancers among male production workers ever employed 1981-1988 at Deer Park refinery and chemical plant, followed to 1988 |
| | | SMR, 97 (90-104) | SMR, 92 (61-134) | SMR, 91 (19-397) | Morbidity, all lymphopoietic cancers among male staff ever employed 1981-1988 |
| Tsai et al. | 1993 | SMR, 89 (84-95) | SMR, 80 (69-91) | SMR, 65 (8-236) | Lymphoreticulosarcoma among men employed 6+ mo 1973-1989 at Martinez and Wilmington refineries, and pensioners alive as of 1973, followed to 1989 |
| | | | | SMR, 122 (65-209) | Other lymphatic tissue cancers |

**Table 2. Cohort studies in the petroleum refining industry with non-Hodgkin lymphoma outcomes (Cont'd)**

| Author | Date | All causes | All neoplasms | Findings | Comments |
|---|---|---|---|---|---|
| Wong et al. | 1986 | SMR, 72 | SMR, 76 | SMR, 127 | Lymphoreticulosarcoma among men who worked 1+ d 1950–1980 and 1+ y before 1980 at Richmond and El Segundo refineries, followed to 1980; trend employment duration |
| | | | | SMR, 163 | Lymphoreticulosarcoma among men employed 15+ y |
| | | | | SMR, 181 | Lymphoreticulosarcoma after 10–19 y latency |
| | | | | SMR, 112 | Cancers other lymphatic tissues |
| Wong et al. | 1993 | SMR, 46 | SMR, 66 | SMR, 143 | Other lymphatic tissue cancers among land-based gasoline distribution employees potentially exposed to gasoline vapors for 10–19 y, among those potentially exposed 1+ year, 1946–1985 |
| | | | | SMR, 115 | Other lymphatic tissue cancers among land-based employees, potentially exposed 20–29 y |
| | | SMR, 51 (49–54) | SMR, 66 (61–72) | SMR, 75 (58–97) | All lymphopoietic cancers among all land-based cohort members |
| | | SMR, 77 (74–80) | SMR, 93 (87–101) | SMR, 73 (39–125) | Other lymphatic tissue cancers among marine-based cohort members |
| | | | | SMR, 335 | Other lymphatic tissue cancers among marine-based employees, potentially exposed 20–29 y |
| Wongsrichanalai et al. | 1989 | SMR, 77 (74–80) | SMR, 86 (80–93) | SMR, 99 (54–166) | Lymphosarcoma among white men ever employed 1940–1984 at an Illinois refinery |
| | | SMR, 79 (76–82) | SMR, 87 (80–95) | SMR, 106 (56–182) | Lymphosarcoma among male hourly workers |

NOTE. Data in parentheses are 95% CIs.
Abbreviations: SMR, standardized mortality ratio; SIR, standardized incidence ratio; O/E, observed deaths by expected deaths; PMR, proportionate mortality ratio.

17. The weight of the evidence I have cited from the literature clearly refutes Dr. Garabrant's incorrect negative conclusion about NHL and Multiple Myeloma being related to gasoline and crude oil exposure. Dr. Garabrant's opinion about Hodgkin's disease is also refuted by the weight of the evidence. This cancer is less common than NHL (i.e. $1/10^{th}$ as common) and finding excesses of rare cancers requires larger populations to study and longer latencies. I have just published a paper on Hodgkin's disease (HD) arising from benzene and gasoline exposure[20]. The study has been accepted for publication and will be published in this peer reviewed journal within the next few months. Contrary to Dr. Garabrant, I looked at the published literature in a manner similar to Dr. Infante, Smith and Mehlman. I did not simply collect uncritically various studies into a table, but rather studied the literature and combined that data with my own data which showed a significant excess of HD in people living near an abandoned oil refinery. My study shows, the average

age of diagnosis among the Sugar Creek residents diagnosed with Hodgkin's disease is 26.77 years with a range of 16 to 45 years. All of the subjects with Hodgkin's disease lived within one mile of the former AMOCO refinery for an average of 14.55 years before the onset of their respective Hodgkin's lymphomas, with a range of 3 to 25 years. The prevalence rate was 155.46 cases of Hodgkin's disease per 100,000 people. Given that the prevalence of Hodgkin's disease in the United States is 22 per 100,000 among whites[21]., the value of 155.46 exceeds the prevalence of a generally population by a multiple of greater than seven. When broken down by age group, the prevalence of Hodgkin's disease in Sugar Creek was in excess of twenty-seven times (96.56 vs. 3.48) greater than that of the United States for the 20-29 year old age group using the average of the population values. For the 10-19 age group, Sugar Creek shows a prevalence of 48.28 compared to the United States' prevalence of only 9.5, a factor of more than five. With regard to exposure, benzene levels were still elevated in the late 1990s and 2000s in Sugar Creek despite the plant being closed since the early 1980s. The main source of benzene in Sugar Creek is off-gassing of the six million gallons of un-recovered gasoline leachate in the soil and underground water systems beneath the plant and Sugar Creek residential community. Other routes of exposure such as ingestion of contaminated water, dust, and home grown fruits and vegetables are also probable, but are not discussed here. The exposure scenario is similar to that of Hooven. Sugar Creek subjects exposed in utero have an average age of diagnosis of 20.4 years with a range of 16 to 28 years supports the idea that the younger age of exposure makes the subjects more susceptible to the toxic effects of benzene. Previous research reports in utero exposure to benzene induces alterations in the hematopoietic system that persist into adulthood[22]. Thus, this excess of Hodgkin's disease provides evidence of benzene's effect on development, especially of the

lymphohematopoietic system. While recovery of hematopoiesis has been reported following the termination of exposure, longer exposure periods resulted in "a considerable delay in stem cell recovery." Because the residents of Sugar Creek, especially those within the one mile buffer zone of the petroleum facility, continued to be exposed to benzene emissions, it is incorrect to assume that they are experiencing a recovery. The residents of Suger Creek are experienced the effects of what the authors above referred to as a "residual hematopoietic injury" [23,24,25]. Besides the seven subjects reported in this study, there were two additional Hodgkin's disease diagnosed residents who had died prior to 2000. Their dates of deaths are 1981 and 1998 respectively. The resident who died in 1998 was diagnosed with Hodgkin's disease at the age of 36 which would increase the already elevated prevalence rate and maintain the shift in bimodality. They too lived within one mile of the plant. Previous research has shown that exposure to benzene in gasoline is valid explanation behind the increased rate of Hodgkin's for the Sugar Creek (and Hooven) residents. Blood disorders, such as Hodgkin's disease, are extremely well documented. In Gist and Burg's review of benzene toxicity[21], they described the benzene as a "known hematopoietic poison." They report the earliest known blood disorders in response to benzene exposure were reported in 1897[26]. The more recent literature they referenced provides unequivocal evidence for benzene's ability to damage the human hematologic and lymphatic systems[21]. Occupational exposures to benzene have been associated with increased risks of Hodgkin's disease. For example, Aksoy reports 6 out of 94 patients admitted to the 2nd International Clinic of Istanbul Medical School with Hodgkin's disease had worked with benzene. Their exposure to benzene was in the range of 150 to 210 ppm with a mean duration of 11 years. "The fact that 6 of 94 patients with Hodgkin's disease have a history of chronic benzene exposure suggested to Dr. Aksoy the possibility of a

causal relationship between Hodgkin's disease and chronic benzene exposure" (emphasized in the article)[23]. Increased lymphoma occurrence was consistent with earlier studies, which showed 23.5 percent of a group of 217 healthy, benzene exposed workers experienced significant hematologic alterations[27]. Aksoy then reviews three additional cases of malignant lymphoma associated with chronic exposure to benzene. One of the three patients had Hodgkin's disease[28]. Normally there would not be a single HD case among 3 lymphoma cases given the much greater occurrence of NHL. The relative risk in a study by Olsson for Hodgkin's disease was 6.6 (p=0.0005) in benzene exposed workers[29]. Persson reported occupational exposure to organic solvents showed a significant increased risk for Hodgkin's disease (OR 3.4)[30]. Olin reported an increased occurrence of Hodgkin's disease among chemistry graduate students who routinely used benzene as a solvent in the laboratory[31]. Vianna reported a significant excess of deaths caused by lymphomas in men employed in occupations where benzene and/or coal tar fractions are used. The relative risk for Hodgkin's disease was 1.6[32]. Hardell reported a statistically significant increase in relative risk for malignant lymphomas among workers exposed to benzene in Sweden, RR= 4.6 (CI=95%; 1.9-11.4). A statistically significant increase was also reported for a history of exposure to unspecified organic solvents, RR=2.8 (CI=95%; 1.6-4.8). Hardell also found a dose response; the higher the exposure the greater the risk[33]. Brandt 1987 reviewed lymphomas associated with solvents, benzene in particular, and noted an odds ratio of 2.8-6.6 for Hodgkin's disease[34]. This article reports on several other studies documenting a significant association between benzene and an increased occurrence of Hodgkin's disease. La Vecchia found evidence of occupational exposure to chemicals, especially benzene, being related to the risk of Hodgkin's disease as they report increased percentages of cases of Hodgkin's disease for workers exposed to solvents, benzene in

particular and calculated a significantly increased relative risk of 1.9 (95% CI =1.2-3.0)[35]. Berlin reports an elevated standard incidence ratio (SIR) of 6.3 (CI=95%; 0.8-22.7) for a diagnosis of Hodgkin's lymphoma among Swedish workers with a suspected solvent-related disorder[36]. Yin compared 74,828 benzene exposed to 35,835 non-exposed workers in China in a study "designed specifically to avoid the disadvantages of earlier investigations." Its extremely large cohort provides statistics of the highest reliability by eliminating differences between the case and control groups and also minimizes the healthy worker effect. Yin reports more than a doubling of the relative risk of all hematolymphoproliferative malignancies RR=2.6 (CI=95%; 1.5-5.0) and more than a tripling of malignant lymphoma RR=3.5 (CI = 95%; 1.2-14.9)[37]. Two industry sponsored studies by Divine and Tsai both found elevated standard mortality risks (SMRs) for Hodgkin's disease, 108 and 199, respectively[38,39]. A number of articles, not limited to occupational studies, have pointed to environmental factors in the etiology of Hodgkin's disease. Dworsky described a clustering of Hodgkin's disease in 5 graduates of the same junior high school[40]. Glaser reports on a Hodgkin's cluster in San Francisco and writes, "the small, widely dispersed clusters detected here suggest late exposure to a ubiquitous environmental agent involved in the Hodgkin's disease etiology"[36]. Wilkinson found a positive association between risk of Hodgkin's lymphoma and proximity to a major petrochemical industry, mostly oil refineries[41]. Wilkinson et al did not find an excess of leukemia. This study suggest that the propostion of the various lymphohematopoeitic malignancies is different when an entire population is exposed and not just adult males. Exposure in utero, infancy and childhood including females yields a higher proportion of Hodgkin's disease. Raaschou-Nielson found the risk of lymphomas increased in a dose-dependent manner for air pollution at the residence at the time the child was in utero. When

measured against benzene levels in particular, the relative risk was 4.3 (CI=95% 1.5-12.4)[42]. This study agrees with previous animal studies in which fetuses and offspring of benzene exposed pregnant mice showed long-term functional changes in hematopoiesis [18, 43]. Researchers hypothesized Hodgkin's disease represented an unusual response to a common environmental agent in individuals with a susceptible immune system [36]. Benzene or a benzene metabolite has reproducible effects on the lymphatic system and in particular on the B Lymphocytes that give rise to the cancer cells that are the relevant cell type in Hodgkin's disease, Reed-Sternberg cells[44,45,46]. Table 4 is an incomplete summary of the literature with regard to the toxicity of several key benzene metabolites. It should be noted that there is a synergistic effect when combinations of benzene metabolites are studied. The toxicity of phenol enhances the toxicity of hydroquinone[47]. Through a series enzymatic and non-enzymatic chemical reactions having been shown to begin mainly in the liver and then continue in bone marrow, benzene and its metabolites ultimately reach the multipotent stem-cells that subsequently differentiate into the mutated B-lymphocytes that define Hodgkin's disease. The lymphohaematopoietic system has been shown to be particularly susceptible as benzene and benzene metabolites phenol, catechol, and hydroquinone levels are higher in the bone marrow than in other tissues[48]. My colleagues and I have reported on a significantly increased prevalence rate of Hodgkin's disease among residents with a known exposure to benzene in gasoline vapor, which results from off-gassing of benzene in gasoline vapor. The benzene arose from the refinery operations and residual environmental contamination during and after its years of operation. The situation parallels the situation at Hooven The prevalence of Hodgkin's is biologically plausible and consistent with the known carcinogenicity of benzene at low levels. The significantly increased prevalence of Hodgkin's disease compared to the rest of the United States provides convincing evidence

of benzene's role as a causative agent in the etiology on Hodgkin's disease.

18. Chevron's allegation that I have not used a scientific method to reach my conclusions is refuted by my following the Reference Manual on Scientific Evidence chapter on medical testimony[1]. In that chapter there is a figure on page 469:

*Reference Guide on Medical Testimony*

Figure 1. Determining External Causation



a. The first issue is exposure information. The history from the plaintiff about how there was exposed and any symptoms that occurred simultaneously with exposure can be used to determine if the plaintiff has significant and harmful exposure. In this case we also have extensive records from the EPA and various contractors that document heavy and dangerous exposure to gasoline and crude oil from decades of pollution that the plaintiffs experienced. We have modeling of exposure that gives us detailed individual exposure information from a world class scientist who does similar exposure assessments for the US Navy and other entities. In this case the issue of a significant and long term exposure is well documented.

b. Next issue is temporal relationship. Did the exposure predate the health problem and in the case of cancer was there sufficient latency. The answer to both questions is clearly, yes. All of the plaintiffs were exposed many years before the onset of their benzene (gasoline & crude oil). Chevron raised the issue of the risk of MAL declining after 15 years. There is still a significantly elevated risk of AML after twenty years. Of most importance in this case is that the plaintiffs were exposed as children. Latency is longer in younger people. The studies cited by Chevron are in adult male workers whose onset of exposure occurred as full grown adults. Their latency would be shorter due to exposure at an older age.

c. A study by Silver shows the continuing increase in AML in workers occurring over 15 years after the exposure[49].

d. Next is general causation, can the chemical in question, benzene in gasoline and crude oil and/or Polycyclic Aromatic Hydrocarbons (PAH) cause the

health effects seen here. My prior reports and the further discussion in this affidavit address this issue. I believe that the evidence is overwhelming that the emissions from the Chevron refinery in Hooven, Ohio are capable of causing the health effects seen here based on numerous published scientific studies, many of which I have presented and discussed.

e. The medial records of the plaintiffs need to be reviewed to confirm the illness and any complicating conditions that might be present. In this case I have poured over the plaintiffs' medical records and presented them in my reports. They have confirmed the history and informed my opinions about the next issue which is modifying factors or competing causes that could offer an alternative explanation for the illnesses presented by the plaintiffs.

f. The final issue is did the person have enough exposure to cause the illness. These plaintiffs were exposed as fetuses, infants and children. The calculated doses from Dr. Rosenfeld indicated doses of benzene that would be sufficient to cause cancer in exposed adults. It is certain that the doses these plaintiffs received would be sufficient to cause their cancers and bone marrow disorders. It is up to the finder of fact whether the Chevron opinions on causation more correct. Certainly I have based my opinion on solid scientific methodology.

19. As to the issue of whether or not Mary Etta Brown Greener contracted her breast cancer as a result of her exposures to radiation and chemotherapy for her Hodgkin's disease. I did not cite any references because I thought that was textbook, common knowledge. Here are two references out the many that have been published,

showing that when a woman has radiation to the chest area, there is a very large increase in breast cancer[50,51].

20. Chevron has suggested that BRCA genetic status is relevant to this case. Five percent of the general public have the BRCA genes 1 or 2. The people with breast cancer have the gene 15% of the time[52]. It is a risk factor but is not relevant to the issue in this case because the gene testing is not recommended for routine use and is not generally done by doctors treating or evaluating breast cancer. If the plaintiff had this gene it would simply mean they had an additional risk, it would not mean that the risk factor from her Hodgkin's treatment did not cause her breast cancer.

FURTHER, AFFIANT SAYETH NAUGHT.

JAMES G. DAHLGREN M.D.

Sworn to and subscribed in my presence this 2ND day of OCTOBER 2008.

ANDREW STEVEN SIFUENTES
COMM. #1765516
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Sept. 2, 2011

NOTARY PUBLIC

[1] Federal Judicial Center. Reference Manual on Scientific Evidence. 2nd Edition. West Group. 2000. Chapter: Reference Guide on Medial Testimony. pp 439-484

[2] OEHHA. Public Health Goal for Benzene in drinking water. June 2001.

[3] Conner SR et al. Benzene and NHL. J of Pathol. 189:448-453. 1999.

[4] Wong O. An Industry wide mortality study of chemical workers occupationally exposed to benzene. I General Results. BJIM 44:365-381. 1987.

[5] Meijers JM, et al. Occupational cohort studies: the influence of design characteristics on the healthy worker effect. Int J Epidemiol, 18:970-975 .1989.

[6] Leonard RC, et al. Comparison of standardized mortality ratios (SMRs) obtained from use of reference populations based on a company-wide registry cohort to SMRs calculated against local and national rates. Chem Biol Interact, 166 (1-3) 317-22. 2007.

[7] Yin et al. A Cohort Study of Cancer Among Benzene-Exposed Workers in China: Overall Results. Am J Indust Med. 29:227-235. 1996

[8] Glass et al. Leukemia Risk Associated With Low-Level Benzene Exposure. Epidemiology • Volume 14, Number 5, pages 569-577. September 2003.

[9] Hunter F. Chronic Exposure to Benzene (Benzol). II. The clinical Effects. J Industrial Hygiene & Toxicology Ind Health. 81:331-355. 1939.

[10] Lan et al Hematoxicity in Workers Exposed to Low Levels of Benzene. Science. 306:1774-1776. 2004

[11] Pasqualetti et al. Risk of Monoclonal Gannopathy of Undetermined Significane: A case Referent study. Am J Hemat 52:217-220. 1996

[12] Kyle RA: Benign monoclonal gammopathy: A misnomer? JAMA 25 1: 1849, 1984.

[13] Flodin U et al. Multiple Myeloma and engine exhaust, fresh wood and Creosote: A case referent study. Am J Ind Med 12:519-529. 1987.

[14] Davenport AC et al. Coast Guard exposure to gasoline, MTBE and benzene vapor during inspection of barges. AIHAJ 61:869-872. 2000.

[15] Smith MT. The mechanisms of benzene-induced leukemia: a hypothesis and speculation on the causes of leukemia. EHP. 104(suppl 6):1219. 1996.

[16] Mehlman M. Benzene, a multi-organ carcinogen. Eur J of Oncology. 13:7-19. 2008.

[17] Mehlman M. Benzene: a haematopoietic and multi-organ carcinogen at any level above zero. Eur J Oncolol 9:15-36. 2004.

[18] Infante P. Benzen and Multiple Myeloma. Ann NY Acad Sci. 1076:90-109. 2006.

[19] Smith MT et al. Benzene Exposure and Risk of non-Hodgkin's Lymphoma. Cancer

Epidemiol Biomarkers Prevention. 16:385-391. 2007.

[20] Dahlgren et al. Cluster of Hodgkin's Lymphoma in Residents near a Non-Operational Petroleum Refinery. (In Press).

[21] SEER (Surveillance, Epidemiology, and End Results) program of the NCI (National Cancer Institute).Available: http://seer.cancer.gov/csr/1975_2003/results_merged/sect_09_hodgkins.pdf [accessed on 7/31/2001 at 3:35 PM]

[22] Keller, K, Snyder CA. 1986. Mice exposed in utero to low concentrations of benzene exhibit enduring changes in their colony forming hematopoietic cells. Toxicology, 42: 171-181.

[23] Cronkite, EP, Inoue, T, Carsten, AL, Miller, ME, Bullis, JE, Drew, RT. 1982. Effect of benzene inhalation on murine pluripotent stem cells. Journal of Toxicology and Environmental Heath, 9(3): 411-421.

[24] Cronkite, EP, Drew, RT, Inoue, T, Bullis, JE. 1985. Benzene hematoxicity and leukemogenesis. American Journal of Industrial Medicine, 7(5/6): 447-456.

[25] Gist G, Burg J. 1997. Benzene. A review of the literature from a health effects perspective. Toxicology and Industrial Health, 13 (6): 661-713.

[26] Santesson, CG.1897. Chronic poisoning with benzene." Arch Hyg, 31:336.

[27] Aksoy et al. 1974. Leukemia in shoe-workers exposed chronically to benzene. Blood, 4: 837-841.

[28] Aksoy, M. 1980. Different type of malignancies due to occupational exposure to benzene. A review of recent observations in Turkey. Environ Res. 23: 181-190.

[29] Olsson H and Brandt L. 1980. Occupational exposure to organic solvents and Hodgkin's disease in men: a case-referent study. Scandinavian Journal of Work and Environmental Health, 6: 302-305.

[30] Persson, B., Fredriksson, M., Olsen, K., Boeryd, B., Axelson, O. 1993. Some occupational exposures as risk factors for malignant lymphomas. Cancer. 72(5): 1773-1778.

[31] Olin, R. 1976. Leukemia and Hodgkin's disease among Swedish chemistry graduates. The Lancet, 2: 916.

[32] Vianna et al. 1979. Lymphomas and occupational benzene exposure. Lancet, 1394-1395.

33 Hardell, L, Eriksson M, Lenner P, Lundgren E. 1981. Malignant lymphoma and exposure to chemicals, especially organic solvents, chlorophenols and phenoxy Acids: A Case-Control Study. Br J Cancer, 43: 169-176.

34 Brandt, L. 1987. Leukemia and lymphoma risks derived from solvents. Medical Oncology and Tumor Pharmacotherapy, 4(3/4): 199-205.

35 La Vecchia et al. 1989. Occupation and lymphoid neoplasms. Br J Cancer, 60: 385-388.

36 Berlin K, Edling C, Persson B, Ahlborg G, Hillert L, Hogstedt B, Lunberg I, Svensson B, Thiringer G, Orbaek P. 1995. Cancer incidence and mortality of patients with suspected solvent-related disorders. SC and J Work Environ Health, 21(5): 362-367.

37 Yin SN, Hayes RB, Linet MS, Li GL, Dosemeci M., Travis LB, et al. and the Benzene Study Group. 1996. An expanded cohort study of cancer among benzene-exposed workers in China. Environmental Health Perspectives, 104 (suppl. 6): 1339-1341.

38 Divine BJ, Barron V, Kaplan SD. 1985. Texaco mortality study. I. Mortality among refinery, petrochemical, and research workers. Journal of Occupational Medicine, 27(6): 445-447.

39 Tsai S, Gilstrap E, Cowles S, Snyder P, Ross C. 1993. A cohort mortality study of two California refinery and petrochemical plants. Journal of Medicine, 35(3): 415-421.

40 Dworsky, R.L., Henderson, B.E. 1974. Hodgkin's disease clustering in families and communities. Cancer Research, 34: 1161-1163.

41 Wilkinson P, Thakrar B, Walls P, Landon M, Falconer S, Grundy C, et al. 1999. Lymphohaematopoietic malignancy around all industrial complexes that include major oil refineries in Great Britain. Occup Environ Med, 56(9): 577-580.

42 Raaschou-Nielsen O, Hertel O, Thomsen BL, Olsen JH. 2001. Air pollution from traffic at the residence of children with Cancer. American Journal of Epidemiology, 153(5): 433-443.

43 Schardein JL and Keller KA. 1989. "Potential human developmental toxicants and the role of animal testing in their identification and characterization." Crit. Rev. Toxicol, 19: 251-339.

44 Aoyama K. 1986. Effects of benzene inhalation on lymphocyte subpopulations and immune response in mice. Toxicol Appl Pharmacol, 85: 92-101.

45 Lee E, Im H, Oh E, Jung WW, Kang HS, Sul D. 2005. DNA damage in T and B lymphocytes, bone marrow, spleens, and livers of rats exposed to benzene. Inhal Toxicol, 17 (7-8): 401-408.

46 Young, N. 1989. Editorial: Benzene and lymphoma. American Journal of Industrial Medicine, 15: 495-498.

[47] Barale R, Mrrazzini A, Betti C, Vangelisti V, Loprieno N, Barrai. 1990. Genotoxicity of two metabolites of benzene: phenol and hydroquinone show strong syntergistic effects in vivo. Mutat Res 244:15-20.

[48] Rickert DE, Baker TS, Bus JS, et al. 1979. Benzene disposition in the rat after exposure by inhalation. Toxicol Appl Pharmacol, 49:417-423.

[49] Silver et al. Effect of follow-up time on risk estimates: A longitudinal examination of the Relative Risks of leukemia and multiple Myeloma in rubber hydrochloride cohort. Am J Ind Med. 42:481-489, 2002.

[50] Tinger A et al. The incidence of breast cancer following mantle field radiation therapy as a function of dose and technique. Int J Radiation Oncology. 37:865-870. 1997

[51] Gaffney DK et al. Breast cancer after mantle irradiation for Hodgkin's disease: correlation of clinical, pathological and molecular features including loss of heterozygosity at BRCA1 and BRCA2. Int. J Radiation Oncology. 49:539-546. 2001

[52] JAMA and Archives Journals. "Breast Cancer Risk Varies Significantly Among BRCA1 And BRCA2 Carriers." ScienceDaily 9 January 2008. 2 October 2008 <http://www.sciencedaily.com /releases/2008/01/080108183054.htm>.